**B1 (Official Form 1)(04/13)**

| United States Bankruptcy Court<br>District of Oregon | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**C & K Market, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br><br>**See Attachment** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**93-0564163** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**615 5th St.**<br>**Brookings, OR**<br><br>ZIP Code **97415** | Street Address of Joint Debtor (No. and Street, City, and State):<br><br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Curry** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

### Type of Debtor
(Form of Organization) (Check one box)

- ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.)

### Nature of Business
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

### Chapter of Bankruptcy Code Under Which
the Petition is Filed (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition<br>of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition<br>of a Foreign Nonmain Proceeding

### Chapter 15 Debtors

Country of debtor's center of main interests:

Each country in which a foreign proceeding
by, regarding, or against debtor is pending:

### Tax-Exempt Entity
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code).

### Nature of Debts
(Check one box)

- ☐ Debts are primarily consumer debts,<br>defined in 11 U.S.C. § 101(8) as<br>"incurred by an individual primarily for<br>a personal, family, or household purpose."
- ■ Debts are primarily<br>business debts.

### Filing Fee (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information

- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**C & K Market, Inc.** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>- None - | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>   Signature of Attorney for Debtor(s)       (Date) |
|---|---|

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
#### (Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
#### (Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

## Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**C & K Market, Inc.**

### Signatures

| | |
|---|---|
| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of Attorney***

**X** **/s/ Albert N. Kennedy OSB No.**
Signature of Attorney for Debtor(s)

**Albert N. Kennedy OSB No. 821429**
Printed Name of Attorney for Debtor(s)

**Tonkon Torp LLP**
Firm Name

**1600 Pioneer Tower**
**888 SW Fifth Ave**
**Portland, OR 97204-2099**

Address

**503-221-1440  Fax: 503-274-8779**
Telephone Number

**November 19, 2013**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Edward C. Hostmann**
Signature of Authorized Individual

**Edward C. Hostmann**
Printed Name of Authorized Individual

**Chief Restructuring Officer**
Title of Authorized Individual

**November 19, 2013**
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrtpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____
_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

In re    **C & K Market, Inc.** _____,    Case No. _____
                                                        Debtor

# FORM 1. VOLUNTARY PETITION
## <u>Other Names Attachment</u>

All Other Names used by Debtor in the last 8 years:

1.   **DBA**   **Ray's Food Place**
2.   **DBA**   **Shop Smart**
3.   **DBA**   **Lo Buck$**
4.   **DBA**   **Bruno's Shop Smart**
5.   **DBA**   **Sentry Arms Apartment**
6.   **DBA**   **Mt. Shasta Shopping Center**
7.   **DBA**   **Green Valley Plaza**
8.   **DBA**   **Brookings-Harbor Shopping Center**
9.   **DBA**   **Eagle Point Shopping Center**
10.  **DBA**   **Bandon Shopping Center**
11.  **DBA**   **Ray's**
12.  **DBA**   **Hometown Foods**
13.  **DBA**   **Rogue Landing Resort**
14.  **DBA**   **Ray's Express**

1  **Albert N. Kennedy**, OSB No. 821429 (Lead Attorney)
       Direct Dial:  (503) 802-2013
2      Facsimile:    (503) 972-3713
       E-Mail:       al.kennedy@tonkon.com
3  **Timothy J. Conway**, OSB No. 851752
       Direct Dial:  (503) 802-2027
4      Facsimile:    (503) 972-3727
       E-Mail:       tim.conway@tonkon.com
5  **Michael W. Fletcher**, OSB No. 010448
       Direct Dial:  (503) 802-2169
6      Facsimile:    (503) 972-3869
       E-Mail:       michael.fletcher@tonkon.com
7  **Ava L. Schoen**, OSB No. 044072
       Direct Dial:  (503) 802-2143
8      Facsimile:    (503) 972-3843
       E-Mail:       ava.schoen@tonkon.com
9  **TONKON TORP** LLP
   1600 Pioneer Tower
10 888 S.W. Fifth Avenue
   Portland, OR  97204
11
       Attorneys for Debtor
12

13              UNITED STATES BANKRUPTCY COURT

14                   DISTRICT OF OREGON

15 In re                              Case No.

16 C & K Market, Inc.,                **DISCLOSURE OF COMPENSATION
                                      OF ATTORNEY FOR DEBTOR**
17              Debtor.               **PURSUANT TO RULE 2016(b)**

18

19         Tonkon Torp LLP ("Tonkon"), pursuant to Bankruptcy Rule 2016(b), states

20 that:

21         1.    Tonkon has been engaged by Debtor herein to act as its general

22 bankruptcy counsel in this case.

23         2.    In the 12 months prior to the filing of this Chapter 11 case, Tonkon

24 Torp received payments totaling $359,715.91 for prepetition fees, costs, and expenses related

25 to work performed for Debtor, which includes the bankruptcy filing fee of $1,213.  Tonkon

26
**Page 1 of 2 -**  DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR PURSUANT
              TO RULE 2016(b)

1    Torp holds $130,675.11 as a retainer in its trust account. The source of the retainer was

2    Debtor.

3              3.      The filing fee for commencing this Chapter 11 case is being paid in

4    full.

5              4.      The source of payments to be made by Debtor to Tonkon for legal

6    services, filing fees, and costs incurred in or in connection with this case will be from the

7    aforementioned retainer and from property of the bankruptcy estate.

8              5.      Tonkon has not shared or agreed to share with any person, other than

9    its members, any compensation paid or to be paid.

10             DATED this 19th day of November, 2013.

11             TONKON TORP LLP

12

13             By /s/ Albert N. Kennedy
                  Albert N. Kennedy, OSB No. 821429
14                Timothy J. Conway, OSB No. 851752
                  Michael W. Fletcher, OSB No. 010448
15                Ava L. Schoen, OSB No. 044072
                  Attorneys for
16                Debtor
                  034518/00017/4940282v1

17

18

19

20

21

22

23

24

25

26

**Page 2 of 2** -   DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR PURSUANT
              TO RULE 2016(b)

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Oregon

In re    **C & K Market, Inc.**                                                                Case No. _____

                                            Debtor(s)                        Chapter    **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **THL Credit, Inc.**<br>**c/o Pamela K. Webster**<br>**Buchalter Nemer**<br>**1000 Wilshire Blvd. #1500**<br>**Los Angeles, CA 90017** | **Pamela K. Webster**<br>**THL Credit, Inc.**<br>**c/o Pamela K. Webster**<br>**Buchalter Nemer**<br>**Los Angeles, CA 90017**<br>**213-891-5030** | **Subordinated loan.** | | **14,927,218.57** |
| **Endeavour Structured Equity &**<br>**Mezzanine Fund I, LP**<br>**c/o Pamela K. Webster**<br>**1000 Wilshire Blvd. #1500**<br>**Los Angeles, CA 90017** | **Pamela K. Webster**<br>**Endeavour Structured Equity &**<br>**Mezzanine Fund I, LP**<br>**c/o Pamela K. Webster**<br>**Los Angeles, CA 90017**<br>**213-891-5030** | **Subordinated loan.** | | **14,927,218.57** |
| **Supervalu**<br>**101 Jefferson Ave. So**<br>**Hopkins, MN 55343** | **Mike Stigers**<br>**Supervalu**<br>**101 Jefferson Ave. So**<br>**Hopkins, MN 55343**<br>**952-932-4380** | **Trade debt.** | | **5,230,922.21** |
| **Western Boxed Meat Inc**<br>**2401 NE Argyle St.**<br>**Portland, OR 97211** | **Denise**<br>**Western Boxed Meat Inc**<br>**2401 NE Argyle St.**<br>**Portland, OR 97211**<br>**800-547-9801** | **Trade debt.** | | **2,285,931.62** |
| **United Salad Co**<br>**8448 NE 33rd Drive #100**<br>**Portland, OR 97211-2163** | **Ben Thompson**<br>**United Salad Co**<br>**8448 NE 33rd Drive #100**<br>**Portland, OR 97211-2163**<br>**800-547-5536** | **Trade debt.** | | **876,281.15** |
| **Tarks, Inc.**<br>**3752 Colver Rd**<br>**Phoenix, OR 97535** | **Ron Ridgway**<br>**Tarks, Inc.**<br>**3752 Colver Rd**<br>**Phoenix, OR 97535**<br>**541-944-1820** | **Subordinated note holder.** | | **593,073.67** |
| **Bigfoot Beverages**<br>**86776 McVay Hwy.**<br>**Eugene, OR 97405** | **Ken Neuman**<br>**Bigfoot Beverages**<br>**86776 McVay Hwy.**<br>**Eugene, OR 97405**<br>**541-501-0570** | **Trade debt.** | | **413,756.38** |

B4 (Official Form 4) (12/07) - Cont.

In re   **C & K Market, Inc.**                                        Case No. _____
                            Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Umpqua Dairy Products**<br>**6823 NE 59th Pl.**<br>**Portland, OR 97218** | **Donna Shannon**<br>**Umpqua Dairy Products**<br>**6823 NE 59th Pl.**<br>**Portland, OR 97218**<br>**541-672-2638** | **Trade debt.** | | **390,464.07** |
| **VPD IV Inc**<br>**6051 S. Watt Ave.**<br>**Sacramento, CA 95829** | **Shelly Shores**<br>**VPD IV Inc**<br>**6051 S. Watt Ave.**<br>**Sacramento, CA 95829**<br>**916-605-1508** | **Trade debt.** | | **386,624.30** |
| **J B Hunt**<br>**File #98545**<br>**615 J.B. Hunt Corporate Dr.**<br>**Lowell, AR 97245** | **Michael Battilega**<br>**J B Hunt**<br>**File #98545**<br>**615 J.B. Hunt Corporate Dr.**<br>**Lowell, AR 97245**<br>**949-766-0007** | **Trade debt.** | | **361,507.31** |
| **Willamina Foods, LLC**<br>**8630 SW Scholls Ferry Rd**<br>**Beaverton, OR 97008** | **Pam Garcia**<br>**Willamina Foods, LLC**<br>**8630 SW Scholls Ferry Rd**<br>**Beaverton, OR 97008**<br>**503-638-2421** | **Subordinated note holder.** | | **359,690.71** |
| **Reser's Fine Foods Inc**<br>**15570 SW Jenkins Rd**<br>**Beaverton, OR 97006** | **Stan Rowland**<br>**Reser's Fine Foods Inc**<br>**15570 SW Jenkins Rd**<br>**Beaverton, OR 97006**<br>**503-643-6431** | **Trade debt.** | | **347,512.20** |
| **Marc & Charlotte Gould**<br>**5494  Goodrich Hwy.**<br>**Oakland, OR 97462** | **Marcus Gould**<br>**Marcus & Charlotte Gould**<br>**5494  Goodrich Hwy.**<br>**Oakland, OR 97462**<br>**541-430-1788** | **Subordinated note holder.** | | **341,372.96** |
| **S&J Reed, Inc.**<br>**210 Pine Gate Way**<br>**White City, OR 97503** | **Steve Reed**<br>**S&J Reed, Inc.**<br>**210 Pine Gate Way**<br>**White City, OR 97503**<br>**541 210-6202** | **Subordinated note holder.** | | **297,296.93** |
| **Coca Cola Bottling Company**<br>**15333 SW Sequoia Pkwy.**<br>**Portland, OR 97224** | **Sandra Lechuga**<br>**Coca Cola Bottling Company**<br>**15333 SW Sequoia Pkwy.**<br>**Portland, OR 97224**<br>**800-621-3704** | **Trade debt.** | | **272,941.12** |
| **Core-Mark Intl**<br>**395 Oyster Point Blvd., #415**<br>**South San Francisco, CA 94080** | **Eric Meyer**<br>**Core-Mark Intl**<br>**395 Oyster Point Blvd., #415**<br>**South San Francisco, CA 94080**<br>**541-476-6651** | **Trade debt.** | | **250,256.20** |

B4 (Official Form 4) (12/07) - Cont.

In re   **C & K Market, Inc.**                                              Case No. _____

_____
                  Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Pacific Power & Light Co**<br>**1033 NE 6th Ave**<br>**Portland, OR 95256-9199** | **Christina M. Kruger**<br>**Pacific Power & Light Co**<br>**1033 NE 6th Ave**<br>**Portland, OR 95256-9199**<br>**541-776-5844** | **Trade debt.** | | **243,612.68** |
| **Komlofske Corp**<br>**1535 E. 3rd St.**<br>**Prineville, OR 97754** | **Robert Komlofske**<br>**Komlofske Corp**<br>**1535 E. 3rd St.**<br>**Prineville, OR 97754**<br>**541 419-4811** | **Subordinated note holder.** | | **242,008.86** |
| **The News Group Inc**<br>**3995 70th Ave E #B**<br>**Fife, WA 98424-1126** | **Charmaine Loff**<br>**The News Group Inc**<br>**3995 70th Ave E #B**<br>**Fife, WA 98424-1126**<br>**425-226-3250** | **Trade debt.** | | **211,004.56** |
| **Nor-Cal Produce Inc**<br>**2995 Oates St.**<br>**West Sacramento, CA 95691** | **Todd**<br>**Nor-Cal Produce Inc**<br>**2995 Oates St.**<br>**West Sacramento, CA 95691**<br>**916-373-0830** | **Trade debt.** | | **210,324.72** |

**B4 (Official Form 4) (12/07) - Cont.**

In re **C & K Market, Inc.**
_____
Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

# DECLARATION UNDER PENALTY OF PERJURY
# ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Chief Restructuring Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **November 19, 2013**
_____

Signature    **/s/ Edward C. Hostmann**
_____
**Edward C. Hostmann**
**Chief Restructuring Officer**

_Penalty for making a false statement or concealing property_:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

1   **Albert N. Kennedy**, OSB No. 821429 (Lead Attorney)
        Direct Dial:  (503) 802-2013
2       Facsimile:    (503) 972-3713
        E-Mail:       al.kennedy@tonkon.com
3   **Timothy J. Conway**, OSB No. 851752
        Direct Dial:  (503) 802-2027
4       Facsimile:    (503) 972-3727
        E-Mail:       tim.conway@tonkon.com
5   **Michael W. Fletcher**, OSB No. 010448
        Direct Dial:  (503) 802-2169
6       Facsimile:    (503) 972-3869
        E-Mail:       michael.fletcher@tonkon.com
7   **Ava L. Schoen**, OSB No. 044072
        Direct Dial:  (503) 802-2143
8       Facsimile:    (503) 972-3843
        E-Mail:       ava.schoen@tonkon.com
9   **TONKON TORP** LLP
    1600 Pioneer Tower
10  888 S.W. Fifth Avenue
    Portland, OR  97204
11
            Attorneys for Debtor
12

13              UNITED STATES BANKRUPTCY COURT

14                  DISTRICT OF OREGON

15  In re                              | Case No.

16  C & K Market, Inc.,                **CERTIFICATE OF SERVICE OF LIST
                                        OF CREDITORS HOLDING
17              Debtor.                 20 LARGEST UNSECURED CLAIMS
                                        ON THE U.S. TRUSTEE**

18

19          I hereby certify that I served (1) a copy of the **LIST OF CREDITORS**

20  **HOLDING 20 LARGEST UNSECURED CLAIMS,** (2) address mailing labels for Debtor,

21  Debtor's attorney, and a contact person for each creditor on the list, and (3) this Certificate of

22  Service, on the U.S. Trustee at 405 East 8th Ave., Suite 1100, Eugene, Oregon 97401 by

23  causing a copy thereof to be e-mailed on November 19, 2013.  I hereby further certify that

24  * * *

25  * * *

26  * * *

**Page 1 of 2** -   CERTIFICATE OF SERVICE OF LIST OF CREDITORS HOLDING 20 LARGEST
                    UNSECURED CLAIMS ON THE U.S. TRUSTEE

1   each of the above items was sent by overnight courier to the U.S. Trustee at the address set

2   forth above on November 19, 2013.

3          DATED this 19th day of November, 2013.

4                          TONKON TORP LLP

5

6                      By /s/ Albert N. Kennedy
                          Albert N. Kennedy, OSB No. 821429
7                         Timothy J. Conway, OSB No. 851752
                          Michael W. Fletcher, OSB No. 010448
8                         Ava L. Schoen, OSB No. 044072
                          Attorneys for Debtor
9   034518/00017/4940270v1

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**Page 2 of 2** -  CERTIFICATE OF SERVICE OF LIST OF CREDITORS HOLDING 20 LARGEST
                   UNSECURED CLAIMS ON THE U.S. TRUSTEE