# United States Bankruptcy Court
### District of Oregon

In re  **C & K Market, Inc.**  
Debtor(s)

Case No. **13-64561-fra11**  
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **C & K Market, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**DAN and NMN Family LLC**
**18561 Ranch Rd.**
**Brookings, OR 97415**

**Nidiffer Family LLC**
**615 5th St.**
**Brookings, OR 97415**

☐ None [*Check if applicable*]

**November 19, 2013**  
Date

/s/ Albert N. Kennedy OSB No.  
**Albert N. Kennedy OSB No. 821429**  
Signature of Attorney or Litigant  
Counsel for **C & K Market, Inc.**  
**Tonkon Torp LLP**  
**1600 Pioneer Tower**  
**888 SW Fifth Ave**  
**Portland, OR 97204-2099**  
**503-221-1440 Fax:503-274-8779**