**Albert N. Kennedy**, OSB No. 821429 (Lead Attorney)
    Direct Dial:  (503) 802-2013
    Facsimile:    (503) 972-3713
    E-Mail:       al.kennedy@tonkon.com
**Timothy J. Conway**, OSB No. 851752
    Direct Dial:  (503) 802-2027
    Facsimile:    (503) 972-3727
    E-Mail:       tim.conway@tonkon.com
**Michael W. Fletcher**, OSB No. 010448
    Direct Dial:  (503) 802-2169
    Facsimile:    (503) 972-3869
    E-Mail:       michael.fletcher@tonkon.com
**Ava L. Schoen**, OSB No. 044072
    Direct Dial:  (503) 802-2143
    Facsimile:    (503) 972-3843
    E-Mail:       ava.schoen@tonkon.com
**TONKON TORP** LLP
1600 Pioneer Tower
888 S.W. Fifth Avenue
Portland, OR 97204

    Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| In re | Case No. 13-64561-fra11 |
| C & K Market, Inc., | **DEBTOR'S MOTION FOR ORDER AUTHORIZING CONTINUED USE OF EXISTING BANK ACCOUNTS AND CASH MANAGEMENT SYSTEM** |
| Debtor. | |
| | *EXPEDITED HEARING REQUESTED* |

    C & K Market, Inc., debtor and debtor-in-possession ("Debtor"), moves this

Court for entry of an order (1) authorizing Debtor's continued use of (a) its existing bank

accounts ("Bank Accounts") and business forms, including, authorizing Debtor to open and

close bank accounts amounts notwithstanding LBR 2015-2.F; and (b) its current cash

management system and (2) authorizing, but not directing, all banks ("Banks") participating

in the cash management system to honor certain transfers and certain other amounts.  In

support of this Motion, Debtor incorporates the statements contained in the Declaration of

**Page 1 of 10 -**   DEBTOR'S MOTION FOR ORDER AUTHORIZING CONTINUED USE OF
               EXISTING BANK ACCOUNTS AND CASH MANAGEMENT SYSTEM

1  Edward Hostmann in Support of First Day Pleadings ("First Day Declaration") filed

2  contemporaneously herewith, and further respectfully states as follows:

3        1.     On November 19, 2013 (the "Petition Date"), Debtor filed a voluntary

4  petition for relief under Chapter 11 of Title 11 of the United States Code.

5        2.     Debtor has continued in possession of its property and is continuing to

6  operate and manage its business as debtor-in-possession pursuant to Sections 1107(a) and

7  1108 of Title 11 of the United States Code.

8        3.     No request has been made for the appointment of a trustee or

9  examiner, and no official committee of unsecured creditors has been appointed in Debtor's

10 case.

11       4.     The Court has jurisdiction over this matter pursuant to 28 U.S.C.

12 §§ 157 and 1334.  Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

13 This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

14       5.     C & K is a family owned grocery store company headquartered in

15 Brookings, Oregon.  Ray Nidiffer founded the company in 1956 with a single store in

16 Brookings.  Over the next 50 years, the Nidiffer family and its employees grew the company

17 to a chain of 60 stores, operating mostly in small rural communities, with 41 stores in Oregon

18 and 19 stores in northern California.  The stores operate under the banners Ray's Food Place,

19 Shop Smart and C & K Market ("Market").  Market employs over 2,300 employees,

20 approximately 57% of whom are full-time.  Market has an average biweekly payroll in

21 excess of $2,700,000 and provides family health insurance for all its full-time employees.

22 **DEBTOR'S BANK ACCOUNTS AND CASH MANAGEMENT SYSTEM**

23       6.     In the ordinary course of its business, and prior to the Petition Date,

24 Debtor used a centralized cash management system ("Cash Management System").  The

25 Cash Management System is designed to process credit card transactions and to efficiently

26 collect, transfer, and disburse funds generated through Debtor's ordinary course of business

**Page 2 of 10** -   DEBTOR'S MOTION FOR ORDER AUTHORIZING CONTINUED USE OF
EXISTING BANK ACCOUNTS AND CASH MANAGEMENT SYSTEM

1    and to accurately record such collections, transfers, and disbursements as they are made.

2    Debtor's Cash Management System includes multiple integrated Bank Accounts, including

3    over 90 deposit accounts, at American West Bank, Bank of Willits, Coast Central Credit

4    Union, Evergreen Federal, Plumas Bank, Rogue Federal Credit Union, Scott Valley Bank,

5    Siuslaw Bank, Siuslaw Valley Bank, US Bank, Umpqua Bank, and Wells Fargo (the "Bank

6    Accounts")[1]  A listing and description of the Bank Accounts are attached hereto as **Exhibit 1**

7    and incorporated herein by this reference.  In addition, Debtor and Elavon, Inc. ("Elavon")

8    are parties to a Payment Device Processing Agreement ("Payment Device Processing

9    Agreement") dated as of June 16, 2010, pursuant to which, among other things, Elavon

10   provides credit card processing services to Debtor.

11            7.      The Cash Management System—including continuity of Debtor's

12   Bank Accounts—provides benefits to Debtor such as enabling it to:  (a) efficiently and

13   effectively control and monitor funds and (b) reduce administrative expenses by facilitating

14   the movement of funds and the development of more timely and accurate account balance

15   information.  These benefits are especially important here given the significant volume of

16   cash transactions managed through the Cash Management System.

17            8.      The following is a more detailed description of the Bank Accounts and

18   the Cash Management System.

19                    a.      Debtor has deposit bank accounts for each local store, as well
                              as corporate administrative accounts.  To the extent the city in
20                            which the local store is located has a US Bank branch, the local
                              store bank account is held at the US Bank branch.  To the
21                            extent the city in which the local store is located does not have
                              a US Bank branch, the local store bank account is held at an
22                            alternative local bank branch.  A US Bank "shadow bank
                              account" is held for each local store that does not have a local
23                            US Bank account.

24                    b.      Debtor's local store bank accounts at US Bank and elsewhere

25   _____

[1] US Bank and Wells Fargo are institutions approved by the United States Trustee as
26   authorized depository institutions.

**Page 3 of 10** -   DEBTOR'S MOTION FOR ORDER AUTHORIZING CONTINUED USE OF
                     EXISTING BANK ACCOUNTS AND CASH MANAGEMENT SYSTEM

consist of cash and check deposits ("Non-Electronic Funds"). Non-Electronic Funds from all stores are deposited into the local bank branches on a daily basis. To the extent a particular local store bank account is at US Bank, all debit, credit, and EBT funds ("Electronic Funds") are also deposited into that US Bank account. To the extent a particular local store has a non-US Bank account, all Electronic Funds are deposited in the US Bank shadow bank account associated with that store on a daily basis. All Electronic Funds and Non-Electronic Funds are transferred to Debtor's special account on at least a weekly basis.

9.    As part of its Cash Management System, as described above, Debtor utilizes more than 90 Bank Accounts on a regular basis. Debtor maintains each of its Bank Accounts at financial institutions insured by the Federal Deposit Insurance Corporation ("FDIC"). To avoid substantial disruption to the normal operation of its business and to preserve a "business as usual" atmosphere, Debtor hereby requests that it be permitted to continue to use its Bank Accounts with the same account numbers without interruption. Absent this relief, the U.S. Trustee Guidelines would require Debtor to close all of its pre-petition Bank Accounts and open new accounts. If Debtor was required to establish new bank accounts and a new cash management system, the process would be lengthy and expensive, impose a substantial burden on the estate, and could disrupt payments to key vendors and employees. This is especially true because Debtor has so many Bank Accounts, many of which are held in small towns with limited banking options, let alone U.S. Trustee-authorized depositories. The prospect of transporting cash and checks from one of Debtor's local stores to another town—just for the sake of depositing those funds at an authorized depository—would be logistically challenging, waste Debtor resources, risk the smooth operation of Debtor's business, and endanger estate funds in the process.

10.    Debtor further seeks authority to implement ordinary course changes to the Cash Management System as Debtor may determine such changes are beneficial to its business. As part of these ordinary course changes, Debtor requests authority to open and close bank accounts. Debtor requests that the Banks be authorized, but not directed, to honor

**Page 4 of 10** -    DEBTOR'S MOTION FOR ORDER AUTHORIZING CONTINUED USE OF EXISTING BANK ACCOUNTS AND CASH MANAGEMENT SYSTEM

1    Debtor's requests to open or close any bank accounts, provided that any new domestic

2    account is established at a bank insured with the FDIC or the Federal Savings and Loan

3    Insurance Corporation ("FSLIC") and that it is organized under the laws of the United States

4    or any state therein, or in the case of accounts that may carry a balance exceeding the

5    insurance limitations set thereby, on the list of authorized bank depositories for the District of

6    Oregon.

7              11.    To protect against the possible inadvertent payment of pre-petition

8    claims, Debtor will immediately advise its Banks not to honor checks issued prior to the

9    Petition Date in accordance with the stop payment procedures designated in the agreements

10   governing the relationships between Debtor and its Banks, except as otherwise expressly

11   permitted by an order of the Court and directed by Debtor.  Importantly, Debtor possesses the

12   capacity to draw the necessary distinctions between pre-petition and post-petition obligations

13   and payments without closing the Bank Accounts and opening new ones.

14             12.    Given Debtor's integrated banking structure and the protections taken

15   by Debtor, it would not further the purposes of the Bankruptcy Code or Debtor's

16   reorganization to prohibit Debtor from continuing to use its existing accounts or from

17   continuing to utilize the services of Elavon under the Payment Device Processing

18   Agreement.

19             13.    In fact, bankruptcy courts routinely permit Chapter 11 debtors to

20   maintain their existing bank accounts and cash management systems, generally treating

21   requests for such relief as a relatively "simple matter." *In re Baldwin-United Corp.*, 79 B.R.

22   321, 327 (Bankr. S.D. Ohio 1987); *see also Charter Co. v. Prudential Ins. Co. of Am. (In re*

23   *Charter Co.)*, 778 F.2d 617, 621 (11th Cir. 1985) (holding that allowing debtors to use their

24   pre-petition "routine cash management system" was entirely consistent with applicable

25   provisions of the Bankruptcy Code).

26

**Page 5 of 10 -**    DEBTOR'S MOTION FOR ORDER AUTHORIZING CONTINUED USE OF
                        EXISTING BANK ACCOUNTS AND CASH MANAGEMENT SYSTEM

1      14.    Authority to continue the use of bank accounts has been routinely

2   granted in other large Chapter 11 cases.  *See, e.g., In re Blue Heron Paper Company*, Case

3   No. 09-4092-rld-11 (Bankr. D. Or.) [Dkt. #31]; *In re Lumber Products*, Case

4   No. 12-32729-elp11 (Bankr. D. Or.) [Dkt. #60]; *In re Storables Inc*., Case

5   No. 09-32252-rld11 (Bankr. D. Or.) [Dkt. #31]; *In re Stayton SW Assisted Living, L.L.C*,

6   Case No. 09-cv-6082-HO (D. Or.) [Dkt. # 337]; *In re Fresh & Easy Neighborhood Market*

7   *Inc., et al*., Case No. 13-12569(KJC) (Bankr. D. Del.) [Dkt. #50]; *In re OnCure Holdings,*

8   *Inc., et al*., Case No. 13-11540 (KG) (Bankr. D. Del.) [Dkt. #143]; *In re AFA Investment Inc.,*

9   *et al*., Case No. 12-11127 (MFW) (Bankr. D. Del.) [Dkt. #37]; *In re Harry & David*

10   *Holdings, Inc., et al*., Case No. 11-10884 (MFW) (Bankr. D. Del.) [Dkt. #51].

11      15.    Debtor respectfully submits that under the circumstances, it is in the

12   best interests of Debtor's estate and creditors to maintain the Bank Accounts and Cash

13   Management System in substantially the same form as they existed prior to the Petition Date,

14   or as Debtor may modify them in the ordinary course of business.  Preserving a "business as

15   usual" atmosphere and avoiding the unnecessary distractions and risks that inevitably would

16   be associated with any substantial changes to the Bank Accounts and Cash Management

17   System will facilitate Debtor's stabilization of its post-petition business operations.

18   **DEBTOR'S CONTINUED USE OF EXISTING CHECKS IS NECESSARY**

19      16.    In the ordinary course of its businesses, Debtor uses a multitude of

20   checks.  By virtue of the nature and scope of Debtor's business operations and the large

21   number of suppliers of goods and services with whom Debtor deals on a regular basis, it is

22   important that Debtor be permitted to continue to use its existing checks without alteration or

23   change.  Notwithstanding Rule 2015-2(a) of the Local Rules of the Bankruptcy Court for the

24   District of Oregon ("Local Rules"), and to avoid disruption of the Cash Management System

25   and unnecessary expense, Debtor requests that it not be required to include the legend

26   "D.I.P." and the corresponding bankruptcy case number on any existing checks.  To the

**Tonkon Torp** LLP
888 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204
503-221-1440

1  extent Debtor prints or has printed any new checks after the Petition Date, it will include the

2  legend "D.I.P." and the corresponding bankruptcy case number.

3      17.    As parties that presently conduct business with Debtor likely will be

4  aware of Debtor's status as debtor-in-possession, the alteration of Debtor's existing checks

5  would be unnecessary and unduly burdensome.  Further, bankruptcy courts have allowed

6  debtors to use their pre-petition check forms without the "D.I.P." label in other large cases.

7  *See, e.g., In re OnCure Holdings, Inc., et al.*, Case No. 13-11540 (KG) (Bankr. D. Del.)

8  [Dkt. #143]; *In re AFA Investment Inc., et al.*, Case No. 12-11127 (MFW) (Bankr. D. Del.)

9  [Dkt. #37]; *In re Harry & David Holdings, Inc., et al.*, Case No. 11-10884 (MFW) (Bankr.

10  D. Del.) [Dkt. #51].

11  **THE COURT SHOULD AUTHORIZE BANKS PARTICIPATING IN THE CASH**
    **MANAGEMENT SYSTEM TO HONOR CERTAIN TRANSFERS AND CHARGE**
12  **BANK FEES AND CERTAIN OTHER AMOUNTS**

13      18.    Contemporaneously with the filing of this Motion, Debtor has filed

14  various motions for authorization to pay certain pre-petition debt.  With respect to some of

15  this debt, prior to the Petition Date Debtor issued checks that have yet to clear the banking

16  system.  With respect to other debt, Debtor intends to issue checks post-petition on account

17  of such pre-petition debt once the Court enters an order permitting Debtor to take such

18  action.  Debtor intends to inform its Banks which pre-petition checks Debtor's Banks should

19  honor pursuant to orders of the Court authorizing such payment.

20      19.    As a result of the foregoing, Debtor requests the Banks be authorized,

21  but not directed, to accept and honor all representations from Debtor as to which checks,

22  drafts, wires, or ACH transfers should be honored or dishonored consistent with any order of

23  this Court and governing law, whether such checks, drafts, wires, or ACH transfers are dated

24  prior to, on, or subsequent to the Petition Date.  Pursuant to the relief requested in this

25  Motion, the Banks will not be liable to any party on account of (a) following Debtor's

26  instructions or representations as to any order of this Court, (b) honoring any pre-petition

**Tonkon Torp** LLP
888 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204
503-221-1440

1   check or item in a good faith belief that the Court has authorized such pre-petition check or

2   item to be honored, or (c) an innocent mistake made despite implementation of reasonable

3   item-handling procedures.  Such relief is reasonable and appropriate because the Banks are

4   not in a position to independently verify or audit whether a particular item may be paid in

5   accordance with a Court order or otherwise.

6           20.     Finally, Debtor requests authority to continue performing its

7   obligations under any agreement related to the Cash Management System and for the Banks

8   and Elavon to charge, and Debtor to pay or honor, both pre-petition and post-petition service

9   and other fees, costs, charges and expenses to which the Banks and Elavon may be entitled

10  under the terms of and in accordance with their contractual arrangements with Debtor

11  (collectively, the "Fees").  Debtor also requests the Banks be authorized, but not directed, to

12  charge back returned items to the Bank Accounts in the normal course of business.

13          21.     Debtor requires this relief to minimize the disruption of the Cash

14  Management System and its Bank Accounts, and to assist it in accomplishing a smooth

15  transition to operating in Chapter 11.  Authority for debtors to pay bank fees and banks to

16  charge back returned items has been routinely granted in other Chapter 11 cases. *See, e.g., In*

17  *re OnCure Holdings, Inc., et al*., Case No. 13-11540 (KG) (Bankr. D. Del.) [Dkt. #143]; *In re*

18  *AFA Investment Inc., et al*., Case No. 12-11127 (MFW) (Bankr. D. Del.) [Dkt. #37]; *In re*

19  *Harry & David Holdings, Inc., et al*., Case No. 11-10884 (MFW) (Bankr. D. Del.)

20  [Dkt. #51].

21              **REQUESTS FOR IMMEDIATE RELIEF AND WAIVER OF STAY**

22          22.     Pursuant to Rules 6003(b) and 6004(h) of the Federal Rules of

23  Bankruptcy Procedure ("Bankruptcy Rules"), Debtor seeks immediate entry of an order

24  granting Debtor (a) the authority to continue to pay Fees and (b) a waiver of any stay of the

25  effectiveness of such an order.

26

**Page 8 of 10** -   DEBTOR'S MOTION FOR ORDER AUTHORIZING CONTINUED USE OF
EXISTING BANK ACCOUNTS AND CASH MANAGEMENT SYSTEM

23.     Bankruptcy Rule 6003(b) provides, in relevant part, that "[e]xcept to the extent that relief is necessary to avoid immediate and irreparable harm, the court shall not, within 21 days after the filing of the petition, issue an order granting * * * a motion to pay all or part of a claim that arose before the filing of the petition."  Accordingly, where the failure to grant any such requested relief would result in immediate and irreparable harm to Debtor's estate, the Court may allow Debtor to pay all or part of a claim that arose before the Petition Date prior to the 21st day following the Petition Date.  Bankruptcy Rule 6004(h) provides that "[a]n order authorizing the use, sale, or lease of property other than cash collateral is stayed until the expiration of 14 days after entry of the order, unless the court orders otherwise."

24.     The continued use of the Bank Accounts, Cash Management System and checks, and the payment of Fees are necessary to prevent the immediate and irreparable damage to Debtor's operations.  Any disruption to its many Bank Accounts, even for a short period of time, would wreak havoc on Debtor's ability to safely collect funds from customers, pay its vendors and employees, and operate in the ordinary course.  Accordingly, Debtor submits that ample cause exists to justify:  (a) the immediate entry of an order granting the relief sought herein pursuant to Bankruptcy Rule 6003(b); and (b) a waiver of the 14-day stay imposed by Bankruptcy Rule 6004(h), to the extent it applies.  *In re Lehman Brothers Holdings Inc*., 2008 WL 4902202, No. 08-13555(JMP), at *1 (Bankr. S.D.N.Y. Nov. 6, 2008) (ordering that notwithstanding Bankruptcy Rule 6004(h), the order authorizing debtors to continue using existing management system and existing bank accounts shall be immediately effective and enforceable); *In re Borders Group, Inc*., 2011 WL 5520261, No. 11-1-614 (MG) at *2 (Bankr. S.D.N.Y. Sept. 27, 2011) (lifting 14-day stay under Bankruptcy Rule 6004(h) where time was of the essence); *In re General Growth Properties, Inc*., 412 B.R. 122, 127 (Bankr. S.D.N.Y. 2009) (finding that order was enforceable immediately notwithstanding Bankruptcy Rule 6004(h) where debtors demonstrated good

**Tonkon Torp** LLP
888 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204
503-221-1440

1  cause for immediate entry of the order, immediate entry of the order would minimize

2  disruption to debtors' business operations and permit debtors to satisfy their operating

3  expenses, increased possibility of successful reorganization, and was in the best interests of

4  the debtors, creditors and estate).

5         25.    A copy of the proposed Order Authorizing Continued Use of Cash

6  Management System and Existing Bank Accounts is attached hereto as **Exhibit 2**.

7         WHEREFORE, Debtor respectfully requests that the Court enter an order,

8  substantially in the form attached hereto as **Exhibit 2**:  (a) granting the relief sought herein

9  and (b) granting to Debtor such other and further relief as the Court deems just and proper.

10        DATED this 19th day of November, 2013.

11        TONKON TORP LLP

12

13        By /s/ Albert N. Kennedy
          Albert N. Kennedy, OSB No.  821429
14        Timothy J. Conway, OSB No.  851752
          Michael W. Fletcher, OSB No. 010448
15        Ava L. Schoen, OSB No. 044072
          Attorneys for Debtor

16

17

18

19

20

21

22

23

24

25

26

**Page 10 of 10** -  DEBTOR'S MOTION FOR ORDER AUTHORIZING CONTINUED USE OF
            EXISTING BANK ACCOUNTS AND CASH MANAGEMENT SYSTEM

# EXHIBIT 1

## BANK ACCOUNTS

## C&K MARKET, INC. BANK ACCOUNTS

| STORE | BANK NAME | TELEPHONE | ACCOUNT # (Last 4 Digits) | DESCRIPTION | PURPOSE |
|---|---|---|---|---|---|
| 4 | Coast Central Credit Union PO Box 339 Hoopa, CA 95546 | 530-625-4208 | -4063 | Local Store Branch | Store |
| 8 | Rogue Federal Credit Union PO Box 1010 Gold Beach, OR 97444 | 541-247-7081 | -2664 | Local Store Branch | Store |
| 18 | Umpqua Bank 1125 US Hwy 101 S Bandon, OR 97411 | 541-347-2401 | -8783 | Local Store Branch | Store |
| 24 | American West Bank 309 N. Mt. Shasta Blvd Mt. Shasta, CA 96067 | 530-926-1680 | -1939 | Local Store Branch | Store |
| 25 | Scott Valley Bank PO Box 580 Etna, CA 96027 | 530-467-3211 | -3168 | Local Store Branch | Store |
| 26 | Scott Valley Bank PO Box 707 Ft. Jones, CA 96032 | 530-486-2242 | -4494 | Local Store Branch | Store |
| 28 | Evergreen Federal PO Box 705 Cave Junction, OR 97523 | 541-592-2191 | -3008 | Local Store Branch | Store |
| 32 | Umpqua Bank 915 Redwood Dr. Suite B Garberville, CA 95542 | 707-923-2745 | -0693 | Local Store Branch | Store |
| 33 | Bank of Willits PO Box 98 Willits, CA 95490 | 707-459-5533 | -1401 | Local Store Branch | Store |
| 39 | Siuslaw Bank PO Box 280 Florence, OR 97439 | 541-997-3486 | -6179 | Local Store Branch | Store |
| 44 | Umpqua Bank 355 NE Alder Waldport, OR 97394 | 866-486-7782 | -0941 | Local Store Branch | Store |
| 48 | Siuslaw Valley Bank PO Box 97 Creswell, OR 97426 | 541-997-6592 | -1747 | Local Store Branch | Store |
| 50 | Siuslaw Valley Bank PO Box 690 Oakridge, OR 97463 | 541-782-4261 | -2580 | Local Store Branch | Store |
| 52 | Plumas Bank PO Box 189 Fall River Mills, CA 96028 | 530-336-5526 | -0918 | Local Store Branch | Store |

## C&K MARKET, INC. BANK ACCOUNTS

| STORE | BANK NAME | TELEPHONE | ACCOUNT #<br>(Last 4 Digits) | DESCRIPTION | PURPOSE |
|---|---|---|---|---|---|
| 55 | Rogue Federal Credit Union<br>PO Box 487<br>Port Orford, OR  97465 | 541-332-3711 | -9931 | Local Store Branch | Store |
| 56 | American West Bank<br>PO Box 1007<br>Sutherlin, OR  97479 | 541-459-2246 | -3958 | Local Store Branch | Store |
| 58 | American West Bank<br>PO Box 1334<br>Winston, OR  97496 | 541-440-2654 | -1317 | Local Store Branch | Store |
| 64 | Umpqua Bank<br>915 Redwood Dr. Suite B<br>Garberville, CA  95542 | 707-923-2745 | -0715 | Local Store Branch | Store |
| 71 | Evergreen Federal<br>PO Box 705<br>Cave Junction, OR  97523 | 541-592-2191 | -0908 | Local Store Branch | Store |
| 72 | Umpqua Bank<br>5251 Main St<br>Springfield, OR | 541-7266100 | -9906 | Local Store Branch | Store |
| 73 | Umpqua Bank<br>805 11th Street<br>Lakeport, CA  95453 | 541-469-5336 | -5999 | Local Store Branch | Store |
| 75 | Umpqua Bank<br>39171 Hwy 299<br>Willow Creek, CA  95573 | 530-629-4075 | -6336 | Local Store Branch | Store |
| 77 | Umpqua Bank<br>355 NE Alder<br>Waldport, OR  97394 | 866-486-7782 | -9370 | Local Store Branch | Store |
| 82 | Umpqua Bank<br>201 N. Pacific Hwy<br>Talent, OR  97540 | 541-535-3394 | -5522 | Local Store Branch | Store |
| Admin | Umpqua Bank<br>16271 Hwy 101 S<br>Harbor, OR  97415 | 541-469-5336 | -6070 | Consolidating Account For All<br>Umpqua | Sweep |
| Admin | American West Bank<br>3369 Crater Lake Hwy<br>Medford, OR  97504 | 541-618-8248 | -9882 | Consolidating Account For All<br>American West | Sweep |
| Admin | US Bank<br>PO Box 1800<br>St. Paul, MN 55101-0800 | 877-224-8679 | -9162 | Rollup Of All C&K Receipts To<br>Pay Down ABF Loan | Special |

| | C&K MARKET, INC. BANK ACCOUNTS | | | | |
|---|---|---|---|---|---|
| STORE | BANK NAME | TELEPHONE | ACCOUNT #<br>(Last 4 Digits) | DESCRIPTION | PURPOSE |
| Admin | US Bank<br>326 5th Street<br>Brookings, OR 97415 | 877-224-8679 | -9104 | Account To Draw On ABF Loan And Fund AP/PR And Manage Other Daily Activity | Operating |
| Admin | US Bank<br>326 5th Street<br>Brookings, OR 97415 | 877-224-8679 | -5847 | Old AP Account – Still Has Checks Outstanding | A/P CDA |
| Admin | US Bank<br>326 5th Street<br>Brookings, OR 97415 | 877-224-8679 | -4459 | Account For All AP Checks | Market A/P |
| Admin | US Bank<br>326 5th Street<br>Brookings, OR 97415 | 877-224-8679 | -0095 | Account For All PR Activity – Checks/Taxes/DD | Payroll (Disbursement) |
| Admin | US Bank<br>326 5th Street<br>Brookings, OR 97415 | 877-224-8679 | -0145 | Account For Misc Deposits – Rental, ATM, Misc $ | Corp Misc |
| Admin | US Bank<br>326 5th Street<br>Brookings, OR 97415 | 877-224-8679 | -0152 | Account For Vendor Rebates | Rebate |
| Cafeteria Plan | US Bank<br>326 5th Street<br>Brookings, OR 97415 | 877-224-8679 | -0137 | Account For C&K Health Plan | Stand Alone Operating |
| Admin | Wells Fargo Advisors<br>MAC N9325-03480<br>South Eighth Street, #300<br>Minneapolis, MN 55479 | 877-777-4215 | -7384 | Cash Account At Brokerage Company | Brokerage |
| 1 | US Bank<br>326 5th Street<br>Brookings, OR 97415 | 877-224-8679 | -9062 | Debit/Credit/EBT & Echecks Local Store Branch | Store |
| 2 | US Bank<br>326 5th Street<br>Brookings, OR 97415 | 877-224-8679 | -9070 | Debit/Credit/EBT & Echecks Local Store Branch | Store |
| 4 | US Bank<br>PO Box 1800<br>St. Paul, MN 55101-0800 | 877-224-8679 | -9088 | Debit/Credit/EBT & Echecks | Shadow |
| 5 | US Bank<br>400 SW 6th Street<br>Grants Pass, OR 97528 | 877-224-8679 | -9096 | Debit/Credit/EBT & Echecks Local Store Branch | Store |
| 7 | US Bank<br>953 G Street<br>Arcata, CA 95521 | 877-224-8679 | -9112 | Debit/Credit/EBT & Echecks Local Store Branch | Store |

| | C&K MARKET, INC. BANK ACCOUNTS | | | | |
|---|---|---|---|---|---|
| STORE | BANK NAME | TELEPHONE | ACCOUNT #<br>(Last 4 Digits) | DESCRIPTION | PURPOSE |
| 8 | US Bank<br>PO Box 1800<br>St. Paul, MN 55101-0800 | 877-224-8679 | -9120 | Debit/Credit/EBT & Echecks | Shadow |
| 9 | US Bank<br>139 E Pine Street<br>Central Point, OR  97502 | 877-224-8679 | -9138 | Debit/Credit/EBT & Echecks<br>Local Store Branch | Store |
| 10 | US Bank<br>827 S Central<br>Medford, OR  97504 | 877-224-8679 | -9146 | Debit/Credit/EBT & Echecks<br>Local Store Branch | Store |
| 12 | US Bank<br>400 SW 6th Street<br>Grants Pass, OR  97528 | 877-224-8679 | -9161 | Debit/Credit/EBT & Echecks<br>Local Store Branch | Store |
| 14 | US Bank<br>1690 Allen Creek Road<br>Grants Pass, OR  97528 | 877-224-8679 | -9179 | Debit/Credit/EBT & Echecks<br>Local Store Branch | Store |
| 17 | US Bank<br>105 N Main Street<br>Myrtle Creek, OR 97457 | 877-224-8679 | -9195 | Debit/Credit/EBT & Echecks<br>Local Store Branch | Store |
| 18 | US Bank<br>PO Box 1800<br>St. Paul, MN 55101-0800 | 877-224-8679 | -9211 | Debit/Credit/EBT & Echecks | Shadow |
| 23 | US Bank<br>269 Main Street<br>Weed, CA  96094 | 877-224-8679 | -9229 | Debit/Credit/EBT & Echecks<br>Local Store Branch | Store |
| 24 | US Bank<br>PO Box 1800<br>St. Paul, MN 55101-0800 | 877-224-8679 | -9237 | Debit/Credit/EBT & Echecks | Shadow |
| 25 | US Bank<br>PO Box 1800<br>St. Paul, MN 55101-0800 | 877-224-8679 | -9245 | Debit/Credit/EBT & Echecks | Shadow |
| 26 | US Bank<br>PO Box 1800<br>St. Paul, MN 55101-0800 | 877-224-8679 | -9260 | Debit/Credit/EBT & Echecks | Shadow |
| 28 | US Bank<br>PO Box 1800<br>St. Paul, MN 55101-0800 | 877-224-8679 | -9278 | Debit/Credit/EBT & Echecks | Shadow |
| 29 | US Bank<br>105 N Main Street<br>Myrtle Creek, OR 97457 | 877-224-8679 | -9336 | Debit/Credit/EBT & Echecks<br>Local Store Branch | Store |

| | C&K MARKET, INC. BANK ACCOUNTS | | | | |
|---|---|---|---|---|---|
| STORE | BANK NAME | TELEPHONE | ACCOUNT # (Last 4 Digits) | DESCRIPTION | PURPOSE |
| 32 | US Bank PO Box 1800 St. Paul, MN 55101-0800 | 877-224-8679 | -9328 | Debit/Credit/EBT & Echecks | Shadow |
| 33 | US Bank PO Box 1800 St. Paul, MN 55101-0800 | 877-224-8679 | -9286 | Debit/Credit/EBT & Echecks | Shadow |
| 36 | US Bank PO Box 1800 St. Paul, MN 55101-0800 | 877-224-8679 | -9344 | Debit/Credit/EBT & Echecks Local Store Branch | Store |
| 37 | US Bank 953 G Street Arcata, CA 95521 | 877-224-8679 | -9369 | Debit/Credit/EBT & Echecks Local Store Branch | Store |
| 38 | US Bank 2910 F Street Eureka, CA 95501 | 877-224-8679 | -9377 | Debit/Credit/EBT & Echecks Local Store Branch | Store |
| 39 | US Bank PO Box 1800 St. Paul, MN 55101-0800 | 877-224-8679 | -9385 | Debit/Credit/EBT & Echecks | Shadow |
| 41 | US Bank 1025 W Bond Street Bend, OR 97708 | 877-224-8679 | -9393 | Debit/Credit/EBT & Echecks Local Store Branch | Store |
| 42 | US Bank PO Box 1800 St. Paul, MN 55101-0800 | 877-224-8679 | -9419 | Debit/Credit/EBT & Echecks Local Store Branch | Store |
| 43 | US Bank 139 E Pine Street Central Point, OR 97502 | 877-224-8679 | -9427 | Debit/Credit/EBT & Echecks Local Store Branch | Store |
| 44 | US Bank PO Box 1800 St. Paul, MN 55101-0800 | 877-224-8679 | -9435 | Debit/Credit/EBT & Echecks | Shadow |
| 45 | US Bank 123 W Hood Street Sisters, OR 97759 | 877-224-8679 | -9443 | Debit/Credit/EBT & Echecks Local Store Branch | Store |
| 46 | US Bank 220 W Center Street Yreka, CA 96097 | 877-224-8679 | -9468 | Debit/Credit/EBT & Echecks Local Store Branch | Store |
| 47 | US Bank 1101 L Street Fortuna, CA 95540 | 877-224-8679 | -9476 | Debit/Credit/EBT & Echecks Local Store Branch | Store |

| STORE | BANK NAME | TELEPHONE | ACCOUNT #<br>(Last 4 Digits) | DESCRIPTION | PURPOSE |
|---|---|---|---|---|---|
| **C&K MARKET, INC. BANK ACCOUNTS** | | | | | |
| 48 | US Bank<br>PO Box 1800<br>St. Paul, MN 55101-0800 | 877-224-8679 | -9484 | Debit/Credit/EBT & Echecks | Shadow |
| 49 | US Bank<br>1020 3rd Street<br>Crescent City, CA  95531 | 877-224-8679 | -9492 | Debit/Credit/EBT & Echecks<br>Local Store Branch | Store |
| 50 | US Bank<br>PO Box 1800<br>St. Paul, MN 55101-0800 | 877-224-8679 | -9518 | Debit/Credit/EBT & Echecks | Shadow |
| 51 | US Bank<br>1620 Mohawk Blvd<br>Springfield, OR  97477 | 877-224-8679 | -9526 | Debit/Credit/EBT & Echecks<br>Local Store Branch | Store |
| 52 | US Bank<br>PO Box 1800<br>St. Paul, MN 55101-0800 | 877-224-8679 | -9534 | Debit/Credit/EBT & Echecks | Shadow |
| 54 | US Bank<br>51469 S Huntington Rd<br>La Pine, OR  97739 | 877-224-8679 | -9542 | Debit/Credit/EBT & Echecks<br>Local Store Branch | Store |
| 55 | US Bank<br>PO Box 1800<br>St. Paul, MN 55101-0800 | 877-224-8679 | -9567 | Debit/Credit/EBT & Echecks | Shadow |
| 56 | US Bank<br>PO Box 1800<br>St. Paul, MN 55101-0800 | 877-224-8679 | -9575 | Debit/Credit/EBT & Echecks | Shadow |
| 57 | US Bank<br>619 SE Main Street<br>Roseburg, OR  97470 | 877-224-8679 | -9633 | Debit/Credit/EBT & Echecks<br>Local Store Branch | Store |
| 58 | US Bank<br>PO Box 1800<br>St. Paul, MN 55101-0800 | 877-224-8679 | -9591 | Debit/Credit/EBT & Echecks | Shadow |
| 60 | US Bank<br>221 NE 3rd Street<br>Prineville, OR  97754 | 877-224-8679 | -9617 | Debit/Credit/EBT & Echecks<br>Local Store Branch | Store |
| 61 | US Bank<br>139 E Pine Street<br>Central Point, OR  97502 | 877-224-8679 | -9625 | Debit/Credit/EBT & Echecks<br>Local Store Branch | Store |
| 62 | US Bank<br>139 E Pine Street<br>Central Point, OR  97502 | 877-224-8679 | -9583 | Debit/Credit/EBT & Echecks<br>Local Store Branch | Store |

| | **C&K MARKET, INC. BANK ACCOUNTS** | | | | |
|---|---|---|---|---|---|
| **STORE** | **BANK NAME** | **TELEPHONE** | **ACCOUNT #** **(Last 4 Digits)** | **DESCRIPTION** | **PURPOSE** |
| 63 | US Bank 125 E California Street Jacksonville, OR  97530 | 877-224-8679 | -9641 | Debit/Credit/EBT & Echecks Local Store Branch | Store |
| 64 | US Bank PO Box 1800 St. Paul, MN 55101-0800 | 877-224-8679 | -9021 | Debit/Credit/EBT & Echecks | Shadow |
| 65 | US Bank 314 SW 6th Street Redmond, OR  97756 | 877-224-8679 | -9039 | Debit/Credit/EBT & Echecks Local Store Branch | Store |
| 66 | US Bank 105 N Main Street Myrtle Creek, OR  97457 | 877-224-8679 | -9047 | Debit/Credit/EBT & Echecks Local Store Branch | Store |
| 67 | US Bank 400 SW 6th Street Grants Pass, OR  97526 | 877-224-8679 | -9005 | Debit/Credit/EBT & Echecks Local Store Branch | Store |
| 68 | US Bank 400 SW 6th Street Grants Pass, OR  97526 | 877-224-8679 | -9054 | Debit/Credit/EBT & Echecks Local Store Branch | Store |
| 70 | US Bank 205 Ellsworth SW Albany, OR  97321 | 877-224-8679 | -9153 | Debit/Credit/EBT & Echecks Local Store Branch | Store |
| 71 | US Bank PO Box 1800 St. Paul, MN 55101-0800 | 877-224-8679 | -9203 | Debit/Credit/EBT & Echecks | Shadow |
| 72 | US Bank PO Box 1800 St. Paul, MN 55101-0800 | 877-224-8679 | -9252 | Debit/Credit/EBT & Echecks | Shadow |
| 73 | US Bank PO Box 1800 St. Paul, MN 55101-0800 | 877-224-8679 | -9302 | Debit/Credit/EBT & Echecks | Shadow |
| 75 | US Bank PO Box 1800 St. Paul, MN 55101-0800 | 877-224-8679 | -9351 | Debit/Credit/EBT & Echecks | Shadow |
| 76 | US Bank 51469 S Huntington Rd La Pine, OR  97739 | 877-224-8679 | -9401 | Debit/Credit/EBT & Echecks Local Store Branch | Store |
| 77 | US Bank PO Box 1800 St. Paul, MN 55101-0800 | 877-224-8679 | -9450 | Debit/Credit/EBT & Echecks | Shadow |

| | **C&K MARKET, INC. BANK ACCOUNTS** | | | | |
|---|---|---|---|---|---|
| STORE | BANK NAME | TELEPHONE | ACCOUNT # (Last 4 Digits) | DESCRIPTION | PURPOSE |
| 79 | US Bank 206 S Bridge Street Sheridan, OR  97378 | 877-224-8679 | -5466 | Debit/Credit/EBT & Echecks Local Store Branch | Store |
| 80 | US Bank 375 NW Monroe Ave Corvallis, OR | 541-757-4000 | -1382 | Debit/Credit/EBT & Echecks Local Store Branch | Store |
| 81 | US Bank 229 N. First Street Drain, OR | 541-836-2121 | -0160 | Debit/Credit/EBT & Echecks Local Store Branch | Store |
| 82 | US Bank PO Box 1800 St. Paul, MN 55101-0800 | 877-224-8679 | -3131 | Debit/Credit/EBT & Echecks | Store |

| | | C&K EXPRESS, LLC | | | |
|---|---|---|---|---|---|
| STORE | BANK NAME | TELEPHONE | ACCOUNT #<br>(Last 4 Digits) | Description | PURPOSE |
| 18 | Umpqua Bank<br>1125 Hwy 101 S<br>Bandon, OR 97411 | 541-347-2401 | -2180 | Local Store Branch | Store |
| 18 | Umpqua Bank<br>1125 Hwy 101 S<br>Bandon, OR 97411 | 541-347-2401 | -2198 | Account For Wine Deliveries -<br>COD | Bandon Beer<br>Acct |
| 24 | American West Bank<br>3369 Crater Lake Hwy<br>Medford, OR  97504 | 541-618-8247 | -9637 | Local Store Branch | Store |
| 28 | Evergreen Federal<br>PO Box 705<br>Cave Junction, OR  97523 | 541-592-2191 | -4800 | Local Store Branch | Store |
| 39 | Siuslaw Bank<br>PO Box 280<br>Florence, OR 97439 | 541-342-4000 | -2741 | Local Store Branch | Store |
| 48 | Siuslaw Bank<br>PO Box 97<br>Creswell, OR  97426 | 541-895-4511 | -3839 | Local Store Branch | Store |
| 64 | Umpqua Bank<br>16271 Hwy 101 S<br>Brookings, OR  97415 | 541-469-5336 | -6278 | Local Store Branch | Store |
| 78 | Umpqua Bank<br>355 NE Alder<br>Waldport, OR  97394 | 541-469-5336 | -9438 | Local Store Branch | Store |
| Admin | Tri Counties Bank<br>204 Chestnut Street<br>Mt. Shasta, CA 96067 | 530-926-2653 | -0102 | Old Account That Still<br>Receives Electronic Pymts | Operating |
| Admin | US Bank<br>PO Box 1800<br>St. Paul, MN 55101-0800 | 877-224-8679 | -2810 | Rollup Of All Pharmacy<br>Receipts To Pay Down ABF<br>Loan | Special |
| Admin | US Bank<br>326 5th Street<br>Brookings, OR  97415 | 877-224-8679 | -3370 | Account To Draw On ABF<br>Loan And Fund AP/PR And<br>Manage Other Daily Activity | Operating |
| Admin | US Bank<br>326 5th Street<br>Brookings, OR  97415 | 877-224-8679 | -5979 | Old AP Account – Still Has<br>Checks Outstanding | A/P CDA |
| Admin | US Bank<br>326 5th Street<br>Brookings, OR  97415 | 877-224-8679 | -4467 | Account For All AP Checks | Express AP |

| | | | | C&K EXPRESS, LLC | | |
|---|---|---|---|---|---|---|
| STORE | BANK NAME | TELEPHONE | ACCOUNT #<br>(Last 4 Digits) | Description | PURPOSE |
| Admin | US Bank<br>326 5th Street<br>Brookings, OR  97415 | 877-224-8679 | -3180 | Account For Misc Deposits –<br>Rental, ATM, Misc $ | Corp Misc |
| Admin | US Bank<br>326 5th Street<br>Brookings, OR  97415 | 877-224-8679 | -5177 | Account For All PR Activity –<br>Checks/Taxes/DD | Payroll |
| Admin | US Bank<br>326 5th Street<br>Brookings, OR  97415 | 877-224-8679 | -5235 | Account For 3rd Party<br>Insurance Billings | Third Party Payer<br>– Deposit |
| Admin | US Bank<br>326 5th Street<br>Brookings, OR  97415 | 877-224-8679 | -5227 | Account For Medicare Pymts | Medicare -<br>Deposit |
| Admin<br>Tiffany | Umpqua Bank<br>PO Box 1820<br>Roseburg, OR 97470 | 866-486-7782 | -3874 | Old Account That Still<br>Receives Electronic Pymts | Operating/Third<br>Party<br>Deposits/Medicare |
| Admin<br>Tiffany | Umpqua Bank<br>PO Box 1820<br>Roseburg, OR 97470 | 866-486-7782 | -3331 | Old Account That Still<br>Receives Electronic Pymts | Money Market<br>Sweep |
| 1 | US Bank<br>326 5th Street<br>Brookings, OR  97415 | 877-224-8679 | -5474 | Debit/Credit/EBT & Echecks<br>Local Store Branch | Store |
| 2 | US Bank<br>326 5th Street<br>Brookings, OR  97415 | 877-224-8679 | -0079 | Debit/Credit/EBT & Echecks<br>Local Store Branch | Store |
| 9 | US Bank<br>139 E Pine Street<br>Central Point, OR  97502 | 877-224-8679 | -9980 | Debit/Credit/EBT & Echecks<br>Local Store Branch | Store |
| 17 | US Bank<br>105 N Main Street<br>Myrtle Creek, OR 97457 | 877-224-8679 | -0061 | Debit/Credit/EBT & Echecks<br>Local Store Branch | Store |
| 18 | US Bank<br>PO Box 1800<br>St. Paul, MN 55101-0800 | 877-224-8679 | -2505 | Debit/Credit/EBT & Echecks | Shadow |
| 24 | US Bank<br>PO Box 1800<br>St. Paul, MN 55101-0800 | 877-224-8679 | -0053 | Debit/Credit/EBT & Echecks | Shadow |
| 28 | US Bank<br>PO Box 1800<br>St. Paul, MN 55101-0800 | 877-224-8679 | -9998 | Debit/Credit/EBT & Echecks | Shadow |

| | | C&K EXPRESS, LLC | | | |
|---|---|---|---|---|---|
| STORE | BANK NAME | TELEPHONE | ACCOUNT #<br>(Last 4 Digits) | Description | PURPOSE |
| 39 | US Bank<br>PO Box 1800<br>St. Paul, MN 55101-0800 | 877-224-8679 | -2513 | Debit/Credit/EBT & Echecks | Shadow |
| 41 | US Bank<br>1025 W Bond Street<br>Bend, OR  97708 | 877-224-8679 | -0046 | Debit/Credit/EBT & Echecks<br>Local Store Branch | Store |
| 48 | US Bank<br>PO Box 1800<br>St. Paul, MN 55101-0800 | 877-224-8679 | -0038 | Debit/Credit/EBT & Echecks | Shadow |
| 57 | US Bank<br>619 SE Main Street<br>Roseburg, OR  97470 | 877-224-8679 | -0020 | Debit/Credit/EBT & Echecks<br>Local Store Branch | Store |
| 64 | US Bank<br>PO Box 1800<br>St. Paul, MN 55101-0800 | 877-224-8679 | -0087 | Debit/Credit/EBT & Echecks | Shadow |
| 65 | US Bank<br>314 SW 6th Street<br>Redmond, OR  97756 | 877-224-8679 | -0012 | Debit/Credit/EBT & Echecks<br>Local Store Branch | Store |
| 70 | US Bank<br>205 Ellsworth SW<br>Albany, OR  97321 | 877-224-8679 | -0004 | Debit/Credit/EBT & Echecks<br>Local Store Branch | Store |
| 78 | US Bank<br>PO Box 1800<br>St. Paul, MN 55101-0800 | 877-224-8679 | -0129 | Debit/Credit/EBT & Echecks | Shadow |

# EXHIBIT 2

## PROPOSED FORM OF ORDER

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| In re | Case No. |
| C & K Market, Inc., | **ORDER GRANTING DEBTOR'S MOTION FOR ORDER AUTHORIZING CONTINUED USE OF EXISTING BANK ACCOUNTS AND CASH MANAGEMENT SYSTEM** |
| Debtor. | |

THIS MATTER having come before the Court upon Debtor's Motion for Order Authorizing Continued Use of Existing Bank Accounts and Cash Management System (the "Motion") [Dkt. #_____]; the Court having reviewed the Motion and the First Day Declaration and having considered the statements of counsel and the evidence presented with respect to the Motion at a hearing before the Court (the "Hearing"); and the Court having found that (1) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (2) venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409, (3) this is a core proceeding pursuant to 28 U.S.C. § 157(b), and (4) notice of the Motion and the Hearing was sufficient under the circumstances; and after due deliberation the Court having determined that the relief

**Page 1 of 4** - ORDER GRANTING DEBTOR'S MOTION FOR ORDER AUTHORIZING CONTINUED USE OF EXISTING BANK ACCOUNTS AND CASH MANAGEMENT SYSTEM

requested in the Motion is in the best interests of Debtor, its estate and the creditors; and good and sufficient cause having been shown;

IT IS HEREBY ORDERED that:

1.    The Motion is granted as set forth herein.

2.    Debtor is authorized to:  (a) continue to use the Bank Accounts under existing account numbers without interruption; (b) maintain its Cash Management System in substantially the same form as described in the Motion; (c) implement ordinary course changes to its Cash Management System; and (d) open and close bank accounts; provided, however, that (i) Debtor gives notice to the Office of the United States Trustee and any official committee appointed in this Chapter 11 case prior to opening or closing a bank account, and (ii) any such action is not prohibited by any other agreement Debtor may be a party to.  Any new domestic bank account opened by Debtor shall (a) be opened at a bank that has an executed a uniform depository agreement on file with the Office of the United States Trustee for the District of Oregon or at a bank that is willing to execute such an agreement, and (b) be established at an institution insured by the FDIC or the FSLIC and that is organized under the laws of the United States or any state therein.

3.    The existing agreements between Debtor and any applicable bank shall continue to govern the post-petition cash management relationship between Debtor and such bank, and all of the provisions of such agreements shall remain in full force and effect, and Debtor is authorized to comply with the terms of such agreements.

4.    The Banks are authorized, but not directed, to continue to service and administer the Bank Accounts as accounts of Debtor as debtor-in-possession without interruption, and to receive, process, honor and pay any and all checks and drafts drawn on, or electronic transfer requests made on, the Bank Accounts after the Petition Date by the holders or makers thereof, as the case may be; unless, with respect to any particular check, Debtor has

**Page 2 of 4** -  ORDER GRANTING DEBTOR'S MOTION FOR ORDER AUTHORIZING
              CONTINUED USE OF EXISTING BANK ACCOUNTS AND CASH
              MANAGEMENT SYSTEM

**Tonkon Torp** LLP
888 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204
503-221-1440

delivered a stop payment notice to the applicable Bank in accordance with the applicable agreement governing such relationship.

5.      Banks may rely on the representations of the Debtors with respect to whether any check or other payment order drawn or issued by the Debtors prior to the Petition Date should be honored or dishonored pursuant to this or any other order of this Court, and the Banks shall not have any liability to any party for relying on such representations by the applicable Debtor.  The Debtors shall timely furnish to the Banks stop payment orders for any checks or other payment orders issued prior to the Petition Date which the Debtors do not want to be honored in accordance with the applicable agreement governing such relationship.

6.      Banks are authorized to debit the applicable Bank Account in the ordinary course of business without the need for further order of this Court for: (i) all checks drawn on the Debtor's applicable Bank Account which are cashed at a Bank's counters or exchanged for cashier's checks by the payees thereof prior to the Petition Date; (ii) all checks or other items deposited in the applicable Bank Account prior to the Petition Date which have been dishonored or returned unpaid for any reason, together with any fees and costs in connection therewith, to the same extent Debtor is responsible for such items prior to the Petition Date; and (iii) all undisputed prepetition amounts outstanding as of the date hereof, if any, owed to any Bank as service charges for the maintenance of the Cash Management System.

7.      For the Banks at which Debtor holds Bank Accounts that are party to a uniform depository agreement with the Office of the United States Trustee for the District of Oregon, within 15 days of the date of entry of this Order, Debtor shall:  (a) contact each Bank, (b) provide such Bank with Debtor's employer identification number, and (c) identify each of their Bank Accounts being held at such Banks as being held by a debtor- in-possession in a bankruptcy case.

8.      Debtor shall not be required to include the legend "D.I.P." and the corresponding bankruptcy case number on existing checks.  Nonetheless, as soon as practicable

**Tonkon Torp** LLP
888 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204
503-221-1440

after the Petition Date, Debtor will include "D.I.P." and the corresponding bankruptcy case number on any checks it prints electronically or orders.

9.      Notwithstanding anything to the contrary contained herein, any payment made, or authorization contained herein, shall be subject to the requirements imposed on Debtor under any order approving the use of cash collateral.

10.     The requirements of Bankruptcy Rule 6003(b) have been satisfied with respect to the payments authorized by this Order.

11.     This Order shall be immediately effective and enforceable upon its entry. To the extent it may be applicable, the 14-day stay imposed by Bankruptcy Rule 6004(h) is hereby waived.

### 

I certify that I have complied with the requirements of LBR 9021-1(a)(2)(A).

Presented by:

TONKON TORP LLP


By _____
       Albert N. Kennedy, OSB No. 821429
       Timothy J. Conway, OSB No. 851752
       Michael W. Fletcher, OSB No. 010448
       Ava L. Schoen, OSB No. 044072
       888 S.W. Fifth Avenue, Suite 1600
       Portland, OR 97204-2099
       Telephone:   503-221-1440
       Facsimile:   503-274-8779
       E-mail:      al.kennedy@tonkon.com
                    tim.conway@tonkon.com
                    michael.fletcher@tonkon.com
                    ava.schoen@tonkon.com
       Attorneys for Debtor

cc:     List of Interested Parties