**Albert N. Kennedy**, OSB No. 821429 (Lead Attorney)
　　Direct Dial: (503) 802-2013
　　Facsimile:　(503) 972-3713
　　E-Mail:　　al.kennedy@tonkon.com
**Timothy J. Conway**, OSB No. 851752
　　Direct Dial: (503) 802-2027
　　Facsimile:　(503) 972-3727
　　E-Mail:　　tim.conway@tonkon.com
**Michael W. Fletcher**, OSB No. 010448
　　Direct Dial: (503) 802-2169
　　Facsimile:　(503) 972-3869
　　E-Mail:　　michael.fletcher@tonkon.com
**Ava L. Schoen**, OSB No. 044072
　　Direct Dial: (503) 802-2143
　　Facsimile:　(503) 972-3843
　　E-Mail:　　ava.schoen@tonkon.com
**TONKON TORP** LLP
1600 Pioneer Tower
888 S.W. Fifth Avenue
Portland, OR 97204

　　　　Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| In re | Case No. 13-64561-fra11 |
| C & K Market, Inc., | **DEBTOR'S MOTION FOR ORDER TO REJECT LEASE (STORE #74-EUGENE)** |
| Debtor. | |

　　　　C & K Market, Inc., Debtor and Debtor-in-Possession herein ("Debtor"), hereby moves this Court pursuant to 11 U.S.C. § 365(a), for an order rejecting its non-residential lease for the premises located at 150 Oroyan Avenue, Eugene, Oregon 97404 (the "Premises"), and in support thereof states as follows:

　　　　1.　　On November 19, 2013 (the "Petition Date") Debtor filed its voluntary petition for relief under Chapter 11 of Title 11 of the United States Code.

**Page 1 of 2** -　DEBTOR'S MOTION FOR ORDER TO REJECT LEASE (STORE #74-EUGENE)

2.      Debtor has continued in possession of its property and is continuing to operate and manage its business as a debtor-in-possession pursuant to Sections 1107(a) and 1108 of the Bankruptcy Code.

3.      The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334.  Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

4.      Debtor is the lessee under a commercial lease (the "Lease") for Debtor's retail store located at the Premises.  G&M Rays, LLC is the landlord of the Lease (the "Landlord").

5.      Debtor ceased operating the retail store and vacated the Premises on or about November 27, 2007.

6.      Debtor desires to reject the Lease effective immediately because the Lease is burdensome to the estate and because Debtor no longer uses the Premises for business operations.

For the foregoing reasons, Debtor believes it is in the best interest of the estate to reject the Lease.

WHEREFORE, Debtor requests entry of an order rejecting Debtor's lease for the premises located at 150 Oroyan Avenue, Eugene, Oregon97404, with such rejection effective as of the date of this motion.  A proposed order is attached hereto as **Exhibit 1**.

DATED this 21st day of November, 2013.

TONKON TORP LLP


By /s/ Ava L. Schoen
   Albert N. Kennedy, OSB No. 821429
   Timothy J. Conway, OSB No. 851752
   Michael W. Fletcher, OSB No. 010448
   Ava L. Schoen, OSB No. 044072
   Attorneys for Debtor

**Page 2 of 2** -   DEBTOR'S MOTION FOR ORDER TO REJECT LEASE (STORE #74-EUGENE)

# EXHIBIT 1

## PROPOSED FORM OF ORDER

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| In re | Case No. 13-64561-fra11 |
| C & K Market, Inc., | **ORDER GRANTING DEBTOR'S MOTION TO REJECT LEASE (STORE #74–EUGENE)** |
| Debtor. | |

THIS MATTER having come before the Court upon Debtor's Motion for Order to Reject Lease (Store #74-Eugene) [Dkt. # _____] ("Motion"); the Court having reviewed the Motion; and the Court having found that (1) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (2) venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409, (3) this is a core proceeding pursuant to 28 U.S.C. § 157(b), and (4) notice of the Motion was sufficient under the circumstances; and after due deliberation the Court having determined that the relief requested in the Motion is in the best interests of Debtor, its estate and the creditors; and good and sufficient cause having been shown:

IT IS HEREBY ORDERED that Debtor's lease for the premises located at 150 Oroyan Avenue, Eugene, Oregon 97404 is rejected effective as of November 21, 2013.

# # #

**Page 1 of 2** -   ORDER GRANTING DEBTOR'S MOTION TO REJECT LEASE (STORE #74-EUGENE)

I certify that I have complied with the requirements of LBR 9021-1(a)(2)(A).

Presented by:

TONKON TORP LLP

By _____
        Albert N. Kennedy, OSB No. 821429
        Timothy J. Conway, OSB No. 851752
        Michael W. Fletcher, OSB No. 010448
        Ava L. Schoen, OSB No. 044072
        888 S.W. Fifth Avenue, Suite 1600
        Portland, OR  97204-2099
        Telephone:    503-221-1440
        Facsimile:     503-274-8779
        E-mail:         al.kennedy@tonkon.com
                        tim.conway@tonkon.com
                        michael.fletcher@tonkon.com
                        ava.schoen@tonkon.com
        Attorneys for Debtor

cc:      List of Interested Parties

**Page 2 of 2** -    ORDER GRANTING DEBTOR'S MOTION TO REJECT LEASE
                    (STORE #74-EUGENE)

1

**CERTIFICATE OF SERVICE**

2

        I hereby certify that I served the foregoing **MOTION FOR ORDER TO REJECT LEASE (STORE #74-EUGENE)** on the parties indicated as "ECF" on the

3

attached List of Interested Parties by electronic means through the Court's Case Management/Electronic Case File system on the date set forth below.

4

5

        In addition, I served the foregoing on the parties indicated as "Non-ECF" on the attached List of Interested Parties by mailing a copy thereof in a sealed, first-class postage prepaid envelope, addressed to each party's last-known address and depositing in the

6

U.S. mail at Portland, Oregon on the date set forth below.

7

        DATED this 21st day of November, 2013

8

                TONKON TORP LLP

9

10

        By /s/ Ava L. Schoen
                Albert N. Kennedy, OSB No. 821429

11

                Timothy J. Conway, OSB No. 851752
                Michael W. Fletcher, OSB No. 010448

12

                Ava L. Schoen, OSB No. 044072
                Attorneys for Debtor

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**Page 1 of 1** -   CERTIFICATE OF SERVICE

## LIST OF INTERESTED PARTIES

### *In re C & K Market, Inc.*
**U.S. Bankruptcy Court Case No. 13-64561-fra11**

### ECF PARTICIPANTS

- RICHARD T ANDERSON rick@andersonmonson.com, lisa@andersonmonson.com
- TIMOTHY J CONWAY tim.conway@tonkon.com, nancy.kennedy@tonkon.com
- BRADLEY S COPELAND bcopeland@agsprp.com, bdavis@agsprp.com
- MICHAEL W FLETCHER michael.fletcher@tonkon.com, leslie.hurd@tonkon.com;andy.haro@tonkon.com
- DAVID A FORAKER david.foraker@greenemarkley.com, joyce.chartrand@greenemarkley.com
- THOMAS A HUNTSBERGER tom@tahpc.com
- GREGG D JOHNSON gdj@aterwynne.com, jmh@aterwynne.com
- ROBERT B KAPLAN rbk@jmbm.com
- ALBERT N KENNEDY al.kennedy@tonkon.com, leslie.hurd@tonkon.com;andy.haro@tonkon.com
- JEFFREY C MISLEY jeffm@sussmanshank.com, ecf.jeffrey.misley@sussmanshank.com
- WILSON C MUHLHEIM scooke@luvaascobb.com
- TERESA H PEARSON teresa.pearson@millernash.com, lisa.conrad@millernash.com;brenda.hale@millernash.com
- DAVID L POLLACK pollack@ballardspahr.com
- AVA L SCHOEN ava.schoen@tonkon.com, larissa.stec@tonkon.com
- US Trustee, Eugene USTPRegion18.EG.ECF@usdoj.gov
- DAVID P WEINER david.weiner@greenemarkley.com

### NON-ECF PARTICIPANTS

**SECURED CREDITORS**

Banc of America
 Leasing & Capital LLC
2059 Northlake Parkway 4 South
Tucker, GA 30084

Dell Financial Services LLC
Mail Stop-PS2DF-23
One Dell Way
Round Rock, TX 78682

James D. Gillespie
28274 S. Fork Rd.
Dayville, OR 97825

Greatway Center Property LLC
8816 E. Evans Creeks
Rogue River, OR 97537

Green & Frahm
941 Delsie Dr.
Grants Pass, OR 97527

Komlofske Corp.
1535 E. 3rd St.
Prineville, OR 97754

Ken and Lynda Martin
80380 Torreon Way
La Quinta, CA 92253

Protective Life
2801 Highway 280 South
Birmingham, AL 35202

**TOP 20 UNSECURED CREDITORS**

Western Boxed Meat Inc.
2401 NE Argyle St.
Portland, OR 97211

Umpqua Dairy Products
333 SE Sykes
Roseburg, OR 97470

Umpqua Dairy Products
c/o Dan W. Clark
Dole, Colewell, Clark, et al
POB 1205
Roseburg, OR 97470

Bigfoot Beverages
86776 McVay Hwy.
Eugene, OR 97405

Core-Mark Intl
395 Oyster Point Blvd., #415
So. San Francisco, CA 94080

VPD IV Inc.
6051 S Watt Ave.
Sacramento, CA 95829

J B Hunt
File #98545
615 J.B. Hunt Corporate Dr.
Lowell, AR 97245

Komlofske Corp.
1535 E. 3rd St.
Prineville, OR 97754

Tarks, Inc.
3752 Colver Rd.
Phoenix, OR 97535

Willamina Foods, LLC
8630 SW Scholls Ferry Rd.
Beaverton, OR 97008

Marc and Charlotte Gould
5494 Goodrich Hwy.
Oakland, OR 97462

Marc and Charlotte Gould
c/o Raymond M. Ramsay
Ramsay & Stein PC
4285 Commercial St SE #140
Salem, OR 97302

S and J Reed, Inc.
c/o Steve Reed
2100 Pine Gate Way
White City, OR 97503

Nor-Cal Produce Inc.
2995 Oates St.
West Sacramento, CA 95691

The News Group
3995 70th Ave. E #B
Fife, WA 98424-1126

Pacific Power & Light Co.
1033 NE 6th Ave.
Portland, OR 95256-9199

Coca Cola Bottling Company
15333 SW Sequoia Pkwy.
Portland, OR 97224

Reser's Fine Foods Inc.
15570 SW Jenkins Rd.
Beaverton, OR 97006

**LANDLORD – STORE #74**

G&M Properties LLC
64420 Old Bend Redmond Hwy.
Bend, OR 97701