**Albert N. Kennedy**, OSB No. 821429 (Lead Attorney)
    Direct Dial:  (503) 802-2013
    Facsimile:    (503) 972-3713
    E-Mail:       al.kennedy@tonkon.com
**Timothy J. Conway**, OSB No. 851752
    Direct Dial:  (503) 802-2027
    Facsimile:    (503) 972-3727
    E-Mail:       tim.conway@tonkon.com
**Michael W. Fletcher**, OSB No. 010448
    Direct Dial:  (503) 802-2169
    Facsimile:    (503) 972-3869
    E-Mail:       michael.fletcher@tonkon.com
**Ava L. Schoen**, OSB No. 044072
    Direct Dial:  (503) 802-2143
    Facsimile:    (503) 972-3843
    E-Mail:       ava.schoen@tonkon.com
**TONKON TORP** LLP
1600 Pioneer Tower
888 S.W. Fifth Avenue
Portland, OR  97204

    Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| In re | Case No. 13-64561-fra11 |
| C & K Market, Inc., | **DEBTOR'S MOTION TO REJECT EXECUTORY CONTRACT (GE FLEET SERVICES)** |
| Debtor. | |

    C & K Market, Inc. debtor and debtor-in-possession herein ("Debtor"), moves this Court for an order approving Debtor's rejection of the executory contract identified on **Exhibit 1** attached hereto (the "GE Fleet Services Contract"), with such rejection to be effective as of the date of this Motion.  In support of this Motion, Debtor incorporates the statements contained in the Declaration of Edward Hostmann in Support of First Day Pleadings ("First Day Declaration") filed contemporaneously herewith, and further respectfully states as follows:

**Tonkon Torp** LLP
888 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204
503-221-1440

1

## JURISDICATION AND VENUE

2      1.      On November 19, 2013 (the "Petition Date"), Debtor filed a voluntary

3  Petition for relief under Chapter 11 of Title 11 of the United States Code.

4      2.      Debtor has continued in possession of its property and is continuing to

5  operate and manage its business as debtor-in-possession pursuant to Sections 1107(a) and

6  1108 of Title 11 of the United States Code.

7      3.      No request has been made for the appointment of a trustee or

8  examiner, and no official committee of unsecured creditors has been appointed in Debtor's

9  case.

10      4.      The Court has jurisdiction over this matter pursuant to 28 U.S.C.

11  §§ 157 and 1334.  Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

12  This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

13      5.      The relief requested herein by Debtor is based on the Court's authority

14  pursuant to 11 U.S.C. § 105(a) and 11 U.S.C. § 365.

15

## FACTUAL BACKGROUND

16      6.      C & K is a family owned grocery store company headquartered in

17  Brookings, Oregon.  Ray Nidiffer founded the company in 1956 with a single store in

18  Brookings.  Over the next 50 years, the Nidiffer family and its employees grew the company

19  to a chain of 60 stores, operating mostly in small rural communities, with 41 stores in Oregon

20  and 19 stores in northern California.  The stores operate under the banners Ray's Food Place,

21  Shop Smart and C & K Market ("Market").  Market employs over 2,300 employees,

22  approximately 57% of whom are full-time.  Market has an average biweekly payroll in

23  excess of $2,700,000 and provides family health insurance for all its full-time employees.

24      7.      Pursuant to the GE Fleet Services Contract, Debtor leases 28 cars from

25  Gelco Corporation, dba GE Fleet Services ("GEFS").  The cars have been used by Debtor's

26

**Page 2 of 4** -  DEBTOR'S MOTION TO REJECT EXECUTORY CONTRACT (GE FLEET
                SERVICES)

1  employees to visit stores, travel to store projects, or for other business travel.  Debtor seeks

2  entry of an order approving rejection the GE Fleet Services Contract.

3  **RELIEF REQUESTED**

4  8.    Debtor seeks authorization pursuant to Sections 105(a) and 365 of the

5  Bankruptcy Code to reject the GE Fleet Services Contract.

6  **BASIS FOR RELIEF**

7  9.    Debtor has determined in its sound business judgment that rejecting

8  the GE Fleet Services Contract is in the best interest of Debtor and its estate because the

9  GE Fleet Services Contract is burdensome to the estate and the cars are not necessary to

10  Debtor's business going forward.  Specifically, (A) Debtor no longer needs certain cars

11  associated with store projects that are being dissolved or completed, or with positions that are

12  being eliminated; (B) Debtor owns enough cars (in its "owned fleet") to accommodate the

13  business travel needs of certain employees who regularly travel on Debtor's behalf; and

14  (C) to the extent certain employees only travel infrequently on Debtor's behalf, it is more

15  economical to reimburse those employees for miles traveled on their own cars instead of

16  providing them with a car from the GEFS fleet.

17  10.    Section 365(a) of the Bankruptcy Code provides that a debtor, subject

18  to the court's approval, may reject any executory contract.  The rejection of an executory

19  contract by a debtor is subject to review under the business judgment standard.  *In re*

20  *Pomona Valley Medical Group*, 476 F.3d 665, 670 (9th Cir. 2007).  If the debtor's business

21  judgment has been reasonably exercised, a court should approve the assumption or rejection

22  of an executory contract.  *In re Yellowstone Mountain Club, LLC*, Nos. 08–61570–11,

23  08-61571–11, 08–61572–11, 08–61573–11, CV–09–48–BU–SHE, at *2 (D. Mont. 2010

24  Dec. 7, 2010).  In applying the "business judgment" standard, courts show great deference to

25  the debtor's decision to reject.  *Summit Land Co. v. Allen*, 13 B.R. 310, 315 (Bankr. D. Utah

26

**Page 3 of 4** -   DEBTOR'S MOTION TO REJECT EXECUTORY CONTRACT (GE FLEET
                              SERVICES)

1    1981) (absent extraordinary circumstances, court approval of a debtor's decision to reject an

2    executory contract "should be granted as a matter of course").

3        11.    Debtor has determined in the exercise of its business judgment that

4    rejection of the GE Fleet Services Contract is in the best interest of Debtor and its estate, and

5    accordingly this Court should grant Debtor's Motion.

6        WHEREFORE, Debtor respectfully requests that this Court enter an order

7    substantially in the form attached hereto as **Exhibit 2** approving Debtor's rejection of the

8    GE Fleet Services Contract.

9        DATED this 21st day of November, 2013.

10        TONKON TORP LLP

11

12        By /s/ Ava L. Schoen
            Albert N. Kennedy, OSB No. 821429
13          Timothy J. Conway, OSB No. 851752
            Michael W. Fletcher, OSB No. 010448
14          Ava L. Schoen, OSB No. 044072
            Attorneys for Debtor

15

16

17

18

19

20

21

22

23

24

25

26

**Page 4 of 4** -   DEBTOR'S MOTION TO REJECT EXECUTORY CONTRACT (GE FLEET
              SERVICES)

# EXHIBIT 1

## EXECUTORY CONTRACT

## GE Fleet Services Contract

| Name of Other Party to Contract | Contract to be Rejected |
| --- | --- |
| Gelco Corporation dba GE Fleet Services | Master Lease Agreement and all related documents, modifications, amendments, and agreements relating thereto |

# EXHIBIT 2

## PROPOSED FORM OF ORDER

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

In re

C & K Market, Inc.,

                              Debtor.

Case No. 13-64561-fra11

**ORDER GRANTING DEBTOR'S MOTION TO REJECT EXECUTORY CONTRACT (GE FLEET SERVICES)**

      THIS MATTER having come before the Court on Debtor's Motion to Reject Executory Contract (GE Fleet Services) pursuant to Sections 105(a) and 365 of the Bankruptcy Code (the "Motion") [Dkt. #___], the Court having reviewed the Motion and the First Day Declaration; and the Court having found that (1) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (2) venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409, (3) this is a core proceeding pursuant to 28 U.S.C. § 157(b), and (4) notice of the Motion was sufficient under the circumstances; and after due deliberation the Court having determined that the relief requested in the Motion is in the best interests of Debtor, its estate and the creditors; and good and sufficient cause having been shown;

\* \* \*

\* \* \*

**Page 1 of 2** - ORDER GRANTING DEBTOR'S MOTION TO REJECT EXECUTORY CONTRACT (GE FLEET SERVICES

**Tonkon Torp** LLP
888 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204
503-221-1440

IT IS HEREBY ORDERED that the Motion is granted, and Debtor's executory contract identified on **Exhibit 1** attached hereto, and all modifications, amendments and agreements related thereto, are hereby rejected.

# # #

I certify that I have complied with the requirements of LBR 9021-1(a)(2)(A).

Presented by:

TONKON TORP LLP

By _____
    Albert N. Kennedy, OSB No. 821429
    Timothy J. Conway, OSB No. 851752
    Michael W. Fletcher, OSB No. 010448
    Ava L. Schoen, OSB No. 044072
    888 S.W. Fifth Avenue, Suite 1600
    Portland, OR  97204-2099
    Telephone:    503-221-1440
    Facsimile:    503-274-8779
    E-mail:    al.kennedy@tonkon.com
            tim.conway@tonkon.com
            michael.fletcher@tonkon.com
            ava.schoen@tonkon.com
    Attorneys for Debtor

cc:    List of Interested Parties

# EXHIBIT 1

## EXECUTORY CONTRACT

### GE Fleet Services Contract

| Name of Other Party to Contract | Contract to be Rejected |
|---|---|
| Gelco Corporation dba GE Fleet Services | Master Lease Agreement and all related documents, modifications, amendments, and agreements relating thereto |

1                           CERTIFICATE OF SERVICE

2                I hereby certify that the foregoing **DEBTOR'S MOTION TO REJECT EXECUTORY CONTRACT (GE FLEET SERVICES)** was served on the parties

3  indicated as "ECF" on the attached List of Interested Parties by electronic means through the Court's Case Management/Electronic Case File system on the date set forth below.

4

5                In addition, the parties indicated as "Non-ECF" on the attached List of Interested Parties were served by mailing a copy thereof in a sealed, first-class postage prepaid envelope, addressed to each party's last-known address and depositing in the

6  U.S. mail at Portland, Oregon on the date set forth below.

7                DATED this 21st day of November, 2013.

8                        TONKON TORP LLP

9

10                    By _/s/ Ava L. Schoen_
                             Albert N. Kennedy, OSB No. 821429

11                      Timothy J. Conway, OSB No. 851752
                      Michael W. Fletcher, OSB No. 010448

12                      Ava L. Schoen, OSB No. 044072
                      Attorneys for Debtor

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**Page 1 of 1** -   CERTIFICATE OF SERVICE

## LIST OF INTERESTED PARTIES

### *In re C & K Market, Inc.*
### U.S. Bankruptcy Court Case No. 13-64561-fra11

## ECF PARTICIPANTS

- RICHARD T ANDERSON rick@andersonmonson.com, lisa@andersonmonson.com
- TIMOTHY J CONWAY tim.conway@tonkon.com, nancy.kennedy@tonkon.com
- BRADLEY S COPELAND bcopeland@agsprp.com, bdavis@agsprp.com
- MICHAEL W FLETCHER michael.fletcher@tonkon.com, leslie.hurd@tonkon.com;andy.haro@tonkon.com
- DAVID A FORAKER david.foraker@greenemarkley.com, joyce.chartrand@greenemarkley.com
- RUSSELL D GARRETT russ.garrett@jordanramis.com, lisa.mckee@jordanramis.com;priscilla.gray@jordanramis.com;litparalegal@jordanramis.com
- THOMAS A HUNTSBERGER tom@tahpc.com
- GREGG D JOHNSON gdj@aterwynne.com, jmh@aterwynne.com
- ROBERT B KAPLAN rbk@jmbm.com
- ALBERT N KENNEDY al.kennedy@tonkon.com, leslie.hurd@tonkon.com;andy.haro@tonkon.com
- JEFFREY C MISLEY jeffm@sussmanshank.com, ecf.jeffrey.misley@sussmanshank.com
- WILSON C MUHLHEIM scooke@luvaascobb.com
- TERESA H PEARSON teresa.pearson@millernash.com, lisa.conrad@millernash.com;brenda.hale@millernash.com
- DAVID L POLLACK pollack@ballardspahr.com
- AVA L SCHOEN ava.schoen@tonkon.com, larissa.stec@tonkon.com
- US Trustee, Eugene USTPRegion18.EG.ECF@usdoj.gov
- DAVID P WEINER david.weiner@greenemarkley.com

## NON-ECF PARTICIPANTS

### SECURED CREDITORS

Banc of America
  Leasing & Capital LLC
2059 Northlake Parkway 4 South
Tucker, GA 30084

Dell Financial Services LLC
Mail Stop-PS2DF-23
One Dell Way
Round Rock, TX 78682

James D. Gillespie
28274 S. Fork Rd.
Dayville, OR 97825

Greatway Center Property LLC
8816 E. Evans Creeks
Rogue River, OR 97537

Green & Frahm
941 Delsie Dr.
Grants Pass, OR 97527

Komlofske Corp.
1535 E. 3rd St.
Prineville, OR 97754

Ken and Lynda Martin
80380 Torreon Way
La Quinta, CA 92253

Protective Life
2801 Highway 280 South
Birmingham, AL 35202

### TOP 20 UNSECURED CREDITORS

Western Boxed Meat Inc.
2401 NE Argyle St.
Portland, OR 97211

Umpqua Dairy Products
333 SE Sykes
Roseburg, OR 97470

Umpqua Dairy Products
c/o Dan W. Clark
Dole, Colewell, Clark, et al
POB 1205
Roseburg, OR 97470

Bigfoot Beverages
86776 McVay Hwy.
Eugene, OR 97405

Core-Mark Intl
395 Oyster Point Blvd., #415
So. San Francisco, CA 94080

VPD IV Inc.
6051 S Watt Ave.
Sacramento, CA 95829

J B Hunt
File #98545
615 J.B. Hunt Corporate Dr.
Lowell, AR 97245

Komlofske Corp.
1535 E. 3rd St.
Prineville, OR 97754

Tarks, Inc.
3752 Colver Rd.
Phoenix, OR 97535

Willamina Foods, LLC
8630 SW Scholls Ferry Rd.
Beaverton, OR 97008

Marc and Charlotte Gould
5494 Goodrich Hwy.
Oakland, OR 97462

Marc and Charlotte Gould
c/o Raymond M. Ramsay
Ramsay & Stein PC
4285 Commercial St SE #140
Salem, OR 97302

S and J Reed, Inc.
c/o Steve Reed
2100 Pine Gate Way
White City, OR 97503

Nor-Cal Produce Inc.
2995 Oates St.
West Sacramento, CA 95691

The News Group
3995 70th Ave. E #B
Fife, WA 98424-1126

Pacific Power & Light Co.
1033 NE 6th Ave.
Portland, OR 95256-9199

Coca Cola Bottling Company
15333 SW Sequoia Pkwy.
Portland, OR 97224

Reser's Fine Foods Inc.
15570 SW Jenkins Rd.
Beaverton, OR 97006

**GE FLEET SERVICES:**

GE Fleet Services
Gelco Corporation
Three Capital Drive
Eden Prairie, MN 55344

GE Fleet Services
Gelco Corporation
6464 185th Avenue NE #100
Redmond, WA 98051

034518/00017/5061895v1