UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>C & K Market, Inc.,<br><br>          Debtor. | Case No. 13-64561-fra11<br><br>**NOTICE OF INTENT TO ASSUME OR REJECT EXECUTORY CONTRACTS (Store #41-Bend and Store #49–Crescent City)** |

      NOTICE IS HEREBY GIVEN that Debtor proposes to reject each and every lease identified in the following motions filed January 6, 2014:

      Motion to Reject Lease (Store #41-Bend) [Dkt #282]
      Motion to Reject Lease (Store #49-Crescent City) [Dkt #283]

      Debtor has determined, in its sound business judgment, that rejecting each of the Leases is in Debtor's best interest, because upon vacating the premises associated with the above-referenced leases, Debtor will no longer use the premises for business operations and the leases will be burdensome.

      A copy of the above-described Motions was previously served on all interested parties. The Motions may be inspected at the clerk's office at the address shown below, or at the service address of the undersigned listed below.

      **YOU ARE NOTIFIED** that unless you file an objection to this notice no later than 21 days after the service date of the Motions, **and set forth** the specific grounds for the objection and your relation to the case, with the clerk of the court at the U.S. Bankruptcy Court, 405 E 8th Avenue #2600, Eugene, Oregon 97401 and serve it on Ava L. Schoen, Tonkon Torp LLP, 888 SW Fifth Avenue, Suite 1600, Portland OR 97204, the undersigned will proceed to take the proposed action, or apply for an order if required, without further notice or a hearing.

      DATED this 21st day of January, 2014.

                            TONKON TORP LLP

                            By */s/ Ava L. Schoen*
                                Albert N. Kennedy, OSB No. 821429
                                Timothy J. Conway, OSB No. 851752
                                Michael W. Fletcher, OSB No. 010448
                                Ava L. Schoen, OSB No. 044072
                                Attorneys for Debtor

**Page 1 of 2** - NOTICE OF INTENT TO ASSUME OR REJECT EXECUTORY CONTRACTS
                  (Store #41-Bend and Store #49–Crescent City)

**Tonkon Torp** LLP
888 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204
503-221-1440

Case 13-64561-fra11   Doc 338   Filed 01/21/14

On January 21, 2014 I served copies of the above Notice on all "ECF" parties by electronic means through the Court's Case Management/ Electronic Case File system. In addition, on January 21, 2014, I served the foregoing on the parties indicated as "Non-ECF" on the attached List of Interested Parties, which includes, pursuant to LBR 6006-1(a), (1) all parties to the Agreements, and (2) the Debtor, by mailing a copy thereof in a sealed, first-class postage prepaid envelope, addressed to each party's last-known address and depositing the same in the U.S. mail at Portland, Oregon.

TONKON TORP LLP

By */s/ Ava L. Schoen*
Albert N. Kennedy, OSB No. 821429
Timothy J. Conway, OSB No. 851752
Michael W. Fletcher, OSB No. 010448
Ava L. Schoen, OSB No. 044072
Attorney for Debtor

**Page 2 of 2** - NOTICE OF INTENT TO ASSUME OR REJECT EXECUTORY CONTRACTS (Store #41-Bend and Store #49–Crescent City)

**Tonkon Torp** LLP
888 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204
503-221-1440

Case 13-64561-fra11    Doc 338    Filed 01/21/14

# LIST OF INTERESTED PARTIES

## *In re C & K Market, Inc.*
## U.S. Bankruptcy Court Case No. 13-64561-fra11

## ECF PARTICIPANTS

- RICHARD T ANDERSON rick@andersonmonson.com, lisa@andersonmonson.com
- MATTHEW A ARBAUGH matt@fieldjerger.com, koren@fieldjerger.com
- CASEY B BOYLE KDWBankruptcyDepartment@kelleydrye.com
- G JEFFERSON CAMPBELL mariahd@qwestoffice.net, gjcpc@qwestoffice.net
- DONALD J CHURNSIDE don@oregonlegalteam.com, melanie@oregonlegalteam.com
- TIMOTHY J CONWAY tim.conway@tonkon.com, nancy.kennedy@tonkon.com
- BRADLEY S COPELAND bcopeland@agsprp.com, bdavis@agsprp.com
- JOHN E DAVIS JackD@roguefirm.com
- MELINDA DAVISON tcp@dvclaw.com
- COLIN F. DOUGHERTY colin.dougherty@faegrebd.com
- MICHAEL W FLETCHER michael.fletcher@tonkon.com, leslie.hurd@tonkon.com;andy.haro@tonkon.com
- DAVID A FORAKER david.foraker@greenemarkley.com, joyce.chartrand@greenemarkley.com
- BENJAMIN FREUDENBERG benf@roguefirm.com
- DOUGLAS L GALLAGHER doug@dglawoffice.com, douglasgallagherlawoffice@gmail.com
- RUSSELL D GARRETT russ.garrett@jordanramis.com, lisa.mckee@jordanramis.com;priscilla.gray@jordanramis.com;litparalegal@jordanramis.com
- OREN B HAKER obhaker@stoel.com
- BRIAN T HEMPHILL brian@hemphill-attorney.com
- THOMAS A HUNTSBERGER tom@tahpc.com
- SCOTT L JENSEN slj@brownrask.com, lac@brownrask.com
- GREGG D JOHNSON gdj@aterwynne.com, jmh@aterwynne.com
- ROBERT B KAPLAN rbk@jmbm.com
- ALBERT N KENNEDY al.kennedy@tonkon.com, leslie.hurd@tonkon.com;andy.haro@tonkon.com
- CHRISTINE A KOSYDAR cakosydar@stoel.com, cmwallentine@stoel.com;docketclerk@stoel.com;lchopkins@stoel.com
- JUSTIN D LEONARD jleonard@ml-llp.com, ecf@ml-llp.com
- JULIA I MANELA ecf@scott-law-group.com
- DAVID B MILLS davidbmills@comcast.net, davidbmills@cs.com
- JEFFREY C MISLEY jeffm@sussmanshank.com, ecf.jeffrey.misley@sussmanshank.com
- JOHNSTON A MITCHELL johnstonlaw@comcast.net, coers@comcast.net;emenze@comcast.net
- WILSON C MUHLHEIM mkindred@luvaascobb.com;scooke@luvaascobb.com
- PETER C McKITTRICK pmckittrick@ml-llp.com, ecf@ml-llp.com
- EVAN H. NORDBY nordby.evan@dol.gov
- JOSHUA BYRON NORTON joshua.norton@kyl.com
- THOMAS M ORR torr@eugene-law.com, elynch@eugene-law.com,lmiller@eugene-law.com
- R SCOTT PALMER rspalmer@wlrlaw.com, lolson@wlrlaw.com
- CHRISTOPHER L PARNELL cparnell@dunncarney.com, taichele@dunncarney.com;sripley@dunncarney.com
- TERESA H PEARSON teresa.pearson@millernash.com, lisa.conrad@millernash.com;brenda.hale@millernash.com
- DAVID L POLLACK pollack@ballardspahr.com
- WILLARD L RANSOM wransom@roguevalleylaw.com, ddaw@roguevalleylaw.com
- FRANK C ROTE frank.rote@southernoregonlawyer.com
- Recovery Management Systems Corporation claims@recoverycorp.com
- TARA J SCHLEICHER tschleicher@fwwlaw.com, dfallon@fwwlaw.com;nlyman@fwwlaw.com
- AVA L SCHOEN ava.schoen@tonkon.com, larissa.stec@tonkon.com
- LOREN S SCOTT ecf@scott-law-group.com
- ALAN G SELIGSON aseligson@scslaw.org, assistant@scslaw.org
- TROY SEXTON tsexton@portlaw.com, nhenderson@portlaw.com,csturgeon@portlaw.com,mmyers@portlaw.com
- DALE L SMITH ofscourt@gmail.com
- RENEE STARR renee@rstarrlaw.com
- JERRY N STEHLIK jstehlik@bsss-law.com
- PATRICK L STEVENS pstevens@eugene-law.com, lmiller@eugene-law.com,ahorrigan@eugenelaw.com
- MICHAEL R. STEWART michael.stewart@faegrebd.com
- ANDREW MICHAEL THAU at@southpawasset.com
- STEPHEN T TWEET beth@albertandtweet.com, darlene@albertandtweet.com
- US Trustee, Eugene USTPRegion18.EG.ECF@usdoj.gov
- JOSEPH M VANLEUVEN joevanleuven@dwt.com, lizcarter@dwt.com;pdxdocket@dwt.com
- LAURA J WALKER lwalker@cablehuston.com, mingram@cablehuston.com
- PAMELA K. WEBSTER pwebster@buchalter.com, smartin@buchalter.com
-

## NON-ECF PARTICIPANTS:

**SECURED CREDITORS**

Banc of America
 Leasing & Capital LLC
2059 Northlake Parkway 4 South
Tucker, GA 30084

Dell Financial Services LLC
Mail Stop-PS2DF-23
One Dell Way
Round Rock, TX 78682

James D. Gillespie
28274 S. Fork Rd.
Dayville, OR 97825

Greatway Center Property LLC
8816 E. Evans Creeks
Rogue River, OR 97537

Green & Frahm
941 Delsie Dr.
Grants Pass, OR 97527

Komlofske Corp.
1535 E. 3rd St.
Prineville, OR 97754

Protective Life
2801 Highway 280 South
Birmingham, AL 35202

**OTHER**

Jenette A. Barrow-Bosshart
Otterbourg P.C.
230 Park Avenue
New York, NY 10169-0075

**LANDLORDS**

Forum Westside, LLC
P.O. Box 529
Eugene, OR  97440

Crescent City Shopping Center
915 W. 11th Street
Vancouver, WA  98660

034518/00017/5224832v1