| | | |
|---|---|---|
| NHDS (12/1/09) alp | **UNITED STATES BANKRUPTCY COURT**<br>**District of Oregon** | U.S. BANKRUPTCY COURT<br>DISTRICT OF OREGON<br>**F I L E D**<br>February 14, 2014<br>Clerk, U.S. Bankruptcy Court<br>BY **alp** DEPUTY |

In re  ) Case No. **13–64561–fra11**
**C & K Market, Inc.**  )
*Other names used by debtor:* Shop Smart, Lo Buck$, Bruno's  ) NOTICE OF HEARING
Shop Smart, Sentry Arms Apartment, Mt. Shasta Shopping  ) ON PROPOSED CHAPTER 11
Center, (See docket for additional names.)  ) DISCLOSURE STATEMENT
Debtor(s)  )

**NOTICE IS GIVEN** that a **HEARING** pursuant to 11 USC §1125(b), at which testimony will be received if offered and admissible, **will be HELD** on: **4/10/14** at: **01:30 PM** in: **US Bankruptcy Court, Courtroom #6, 405 E 8th Ave, Eugene, OR 97401**, to consider and possibly approve the proposed disclosure statement dated **January 31, 2014**. Creditors or other parties in interest who have filed a timely written objection may attend and have an opportunity to participate in any revision of the proposed disclosure statement before approval.

**NOTICE IS FURTHER GIVEN THAT:**

1. Objections to the proposed disclosure statement must be made in writing, setting forth the specific grounds and details of objection, and must be filed, no less than seven days before the date of the hearing set above, with the Clerk. Copies of any filed objections must be contemporaneously served on the proponent, entities required by Fed. Bankruptcy Rule 3017(a), and the following parties (if any): **PETER C McKITTRICK and JUSTIN D LEONARD, CoCounsel for the Unsecured Creditor(s) Committee, 111 SW Columbia, #1100, Portland, OR 97201**.

2. The proposed disclosure statement may be examined in the office of the Clerk, or by contacting the proponent whose name and mailing address are: **ALBERT N KENNEDY, 888 SW 5th Ave #1600, Portland, OR 97204**.

3. The debtor's address is 615 5th St., Brookings, OR 97415, and Taxpayer ID# is 93–0564163.

4. Any objections to the claims filed more than 14 days after the "FILED" date above shall not affect the amount of the allowed claim for the purpose of voting on, objecting to, determining creditor acceptance of, or otherwise determining whether to confirm the applicable plan, or any modifications thereto, referred to in this notice.

5. A claimant whose claim is subject to a pending objection and who desires its claim temporarily allowed for the purpose of accepting or rejecting a plan (Fed. Bankruptcy Rule 3018(a)) must, no later than 35 days after the "FILED" date above, file and serve appropriate copies of a detailed written motion for temporary claim allowance.

6. Following approval of a proposed disclosure statement, creditors will be sent copies of it, together with the proposed plan, and ballots for acceptance or rejection of the plan.

7. No later than 14 days after the "FILED" date above the proponent must both: (a) serve, as provided in Fed. Bankruptcy Rule 3017(a), a copy of this Notice, and the proposed plan and disclosure statement; and (b) complete and file the "Certificate of Service" below (without any attachments).

CLERK, U.S. BANKRUPTCY COURT
405 E 8th Ave #2600
Eugene, OR 97401

**CERTIFICATE OF SERVICE**

I certify that on _____ (a) copies of this Notice, and the proposed disclosure statement and corresponding plan, were served on the debtor(s), all creditors' committee members, U.S. Trustee, any trustee, the S.E.C. at the address provided on the Court's Internet site at www.orb.uscourts.gov, any party filing a written request for such copies, and their respective attorneys; and (b) a copy of this Notice was served on all other creditors and interested parties.

_____
Signature

_____
Name and Relation to Case