**DISTRICT OF OREGON**
**F I L E D**
**February 28, 2014**
**Clerk, U.S. Bankruptcy Court**

IT IS ORDERED AND NOTICE IS GIVEN that a hearing on the matter below shall be set by the court in a separate Notice of Hearing.

The filer of the objection is hereby directed to the related notice regarding service of this objection.

FRANK R. ALLEY
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re )  Case No._____
)
)
)
) OBJECTION TO CLAIM, **AND**
) **ORDER AND NOTICE THEREON**
Debtor(s) )

1.  The undersigned objects to Claim No. _____, filed in the amount of $_____, by:
    (Enter the current claimant's name, proof of claim notice address, and FRBP 7004 service address(es) of claimant)

2.  The undersigned objects to such claim on the ground(s) it (check all applicable sections):

    Duplicates Claim No. _____ filed by _____.

    Does not include a copy of the writing upon which it is based [NOTE:  Do NOT use this for claims based on a statute (e.g., taxes)].

    Does not include an itemized statement of the account.

    Does not include a copy of the underlying judgment.

2.  (Continued)

Does not include a copy of the security agreement and evidence of perfection.

Fails to assert grounds for priority.

Does not include a copy of the assignment(s) upon which it is based.

Appears to include interest or charges accrued after the filing.

Appears value of collateral exceeds debt.

Arrearage asserted is incorrect.

3.  The undersigned recommends said claim be (check applicable box(es)):

Disallowed in full.

[NOTE:  You MUST fill in EACH blank even if it is "$0"]  Allowed as a SECURED claim for $_____; a PRIORITY UNSECURED claim for $_____; AND a NONPRIORITY UNSECURED claim for $_____.

[If amount of arrearage is contested] The amount of the arrearage is $_____.

4.  **THE UNDERSIGNED CERTIFIES THAT** a copy of any Withdrawal of this Objection will be served on all parties that were served a copy of this Objection (i.e., the U.S. Trustee, any trustee, debtor(s), the creditor at the address shown above, and their respective attorneys; and, if the creditor is a federal agency, on the U.S. Attorney for the District of Oregon and the U.S. Attorney General).

DATE: _____    _____

Objecting Party Signature AND Relation to Case

_____

Objecting Party Name AND Service Address (Type or Print)

_____

Objecting Party Phone Number

_____

Any Case Trustee's Name AND Service Address (Type or Print)

_____

(If Debtor is Objecting Party) Debtor's Address AND Taxpayer I.D.#(s) (last 4 digits)