1 **Albert N. Kennedy**, OSB No. 821429 (Lead Attorney)
    Direct Dial:  (503) 802-2013
2    Facsimile:    (503) 972-3713
    E-Mail:       al.kennedy@tonkon.com
3 **Timothy J. Conway**, OSB No. 851752
    Direct Dial:  (503) 802-2207
4    Facsimile:    (503) 972-3727
    E-Mail:       tim.conway@tonkon.com
5 **Michael W. Fletcher**, OSB No. 010448
    Direct Dial:  (503) 802-2169
6    Facsimile:    (503) 972-3869
    E-Mail:       michael.fletcher@tonkon.com
7 **Ava L. Schoen**, OSB No. 044072
    Direct Dial:  (503) 802-2143
8    Facsimile:    (503) 972-3843
    E-Mail:       ava.schoen@tonkon.com
9 **TONKON TORP** LLP
1600 Pioneer Tower
10 888 S.W. Fifth Avenue
Portland, OR 97204
11
12          Attorneys for Debtor

13              UNITED STATES BANKRUPTCY COURT

14                  DISTRICT OF OREGON

15 In re                              Case No. 13-64561-fra11

16 C & K Market, Inc.,                **DEBTOR'S OMNIBUS MOTION FOR
                                      (1) AUTHORIZATION TO ASSUME
17              Debtor.               UNEXPIRED REAL PROPERTY
                                      LEASES, AND (2) APPROVAL OF
18                                    PROCEDURES FOR DETERMINING
                                      CURE AMOUNTS**
19

20          C & K Market, Inc. ("Debtor"), as debtor-in-possession, hereby moves this

21 Court for entry of an order (1) authorizing Debtor to assume the unexpired leases of

22 nonresidential real property listed in the Schedule of Unexpired Real Property Leases to be

23 Assumed attached hereto as **Exhibit 1** (each a "Lease"[1] and collectively the "Leases"), in

24

25 [1] "Lease," as used herein, is defined to include all modifications, amendments, supplements,
restatements or other agreements made directly or indirectly by any agreement (whether
26 orally or in writing) that in any manner affects a lease, but excludes any of the foregoing that

**Tonkon Torp** LLP
888 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204
503-221-1440

1  each case, effective as of June 17, 2014, and (2) approving procedures for determining the

2  amounts payable by Debtor under Section 365(b)(1) of the Bankruptcy Code to cure defaults

3  under the assumed Leases and to compensate the counterparties thereto for any actual

4  pecuniary losses resulting from such defaults (each a "Cure Amount" and collectively the

5  "Cure Amounts").

6  **STATEMENT PURSUANT TO BANKRUPTCY RULE 6006(F)**

7  Each party receiving this motion should review the attached **Exhibit 1**,

8  Schedule of Unexpired Real Property Leases to be Assumed (the "Lease Schedule"), to

9  determine if such party's name is listed therein as a counterparty to one or more of the Leases

10  described therein.  The names of the counterparties to the Leases that are the subject of this

11  motion are listed on the Lease Schedule alphabetically.

12  **BACKGROUND**

13  1.  On November 19, 2013 (the "Petition Date"), Debtor filed its

14  voluntary petition under Chapter 11 of the Bankruptcy Code.

15  2.  Debtor is continuing in the management and possession of its business

16  and properties as debtor-in-possession under Sections 1107 and 1108 of the Bankruptcy

17  Code.  On November 27, 2013, the Official Committee of Unsecured Creditors (the

18  "Committee") was appointed by the United States Trustee.  As of the date hereof, no trustee

19  or examiner has been requested or appointed in this case.

20  3.  The current deadline for Debtor to assume or reject its leases of non-

21  residential real property is June 17, 2014 [ECF No. 661].

22  4.  Debtor has analyzed each of its leases of non-residential real property,

23  and has determined, in the reasonable exercise of its business judgment, that assumption of

24

25  is not in writing and that purportedly limits, restricts or impairs Debtor's rights or benefits
    under the written documents that evidence the lease.

26

**Page 2 of 6** -  DEBTOR'S OMNIBUS MOTION FOR (1) AUTHORIZATION TO ASSUME UNEXPIRED
        REAL PROPERTY LEASES, AND (2) APPROVAL OF PROCEDURES FOR
        DETERMINING CURE AMOUNTS

1    the Leases is in the best interest of Debtor's estate.  Debtor will continue to operate stores or

2    otherwise conduct business on the properties subject to the Leases.

3         5.    Debtor has continued to fully and promptly perform its obligations

4    under the Leases and will continue to perform such obligations.

5         6.    The attached Lease Schedule sets forth for each Lease (a) the name(s)

6    of the lessor(s), (b) a brief description of the Lease, and (c) the Cure Amount to be paid by

7    Debtor in connection with the assumption of such Lease as determined by Debtor from its

8    records.

9                              **JURISDICTION**

10        7.    This Court has jurisdiction over this matter pursuant to 28 U.S.C.

11   §§ 157 and 1334 and LR 2100.1.  Consideration of this motion constitutes a core proceeding

12   within the meaning of 28 U.S.C. § 157(b)(2)(A).  The statutory predicates for the relief

13   sought by this motion are Sections 105(a), 365(a) and 365(b) of the Bankruptcy Code.

14   Venue is proper under 28 U.S.C. § 1408.

15                           **RELIEF REQUESTED**

16        8.    By this motion, Debtor seeks entry of an order (a) authorizing Debtor

17   to assume the Leases, in each case effective as of June 17, 2014, and (b) determining that the

18   Cure Amounts payable by Debtor under the Leases are the amounts set forth in the attached

19   Lease Schedule, except to the extent a lessor to a particular Lease timely objects to this

20   motion and disputes the Cure Amount for such Lease and the Court determines a different

21   Cure Amount is payable for such Lease.

22                        **POINTS AND AUTHORITIES**

23        9.    Pursuant to Section 365 of the Bankruptcy Code, Debtor may assume

24   its unexpired leases.  In deciding whether to approve a debtor-in-possession's decision to

25   assume or reject a lease under Section 365, a bankruptcy court ordinarily should defer to

26   Debtor's business judgment where that business judgment is exercised in good faith.

**Page 3 of 6** -  DEBTOR'S OMNIBUS MOTION FOR (1) AUTHORIZATION TO ASSUME UNEXPIRED
REAL PROPERTY LEASES, AND (2) APPROVAL OF PROCEDURES FOR
DETERMINING CURE AMOUNTS

1  *Agarwal v. Pomona Valley Med. Group, Inc. (In re Pomona Valley Med. Group, Inc.)*, 476

2  F3d 665, 669-70 (9th Cir 2007).

3          10.      In the case of an unexpired lease where there has been a default,

4  Section 365(b) conditions the assumption of that lease by a debtor-in-possession ("DIP") on

5  DIP (a) curing, or providing adequate assurance that DIP will promptly cure, all defaults

6  under the Lease other than certain nonmonetary defaults; (b) compensating, or providing

7  adequate assurance that DIP will promptly compensate, the lessor for any "actual pecuniary

8  loss to such party resulting from such default;" and (c) providing "adequate assurance of

9  future performance" under such Lease.

10         11.      Debtor's decision to assume the Leases represents a sound exercise of

11  business judgment.  Debtor, in consultation with its agents and advisors, analyzed each of its

12  store locations and has determined to continue operating stores at the Lease locations.

13  Additionally, if Debtor was to allow the Leases to be deemed rejected under clause (a) of

14  Section 365(d)(4)(A), the estate would be subjected to additional claims arising from

15  rejection of the Leases.

16         12.      Debtor will pay the Cure Amounts to the lessors under the assumed

17  Leases, in each case, as soon as is practicable after (a) the date on which an order on this

18  motion is entered, or (b) if there is a dispute concerning the Cure Amount that is not resolved

19  before such order is entered, the date on which the dispute is resolved, whether by agreement

20  or as determined by the Court under a final order.  Debtor has the means to make these

21  payments to the lessors.  The source of the funding will be advances under Debtor's approved

22  debtor-in-possession credit facility.

23         13.      Debtor can provide "adequate assurance of future performance" under

24  all the Leases.  Debtor's proposed Plan provides for the continuation of Debtor's operations

25  and the payment of its debts.  The term "adequate assurance of future performance" is not

26  statutorily defined.  Courts have looked to the legislative history to determine its meaning.  *In*

**Tonkon Torp** LLP
888 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204
503-221-1440

*re Rachels Indus., Inc.,* 109 B.R. 797, 803 (Bankr. W.D. Tenn. 1990); [In re] *Westview* [74th St. Drug Corp.], 59 B.R. at 754; *In re Natco Indus., Inc.,* 54 B.R. 436, 440 (Bankr. S.D.N.Y. 1985); *In re Sapolin Paints, Inc.,* 5 B.R. 412, 420 (Bankr. E.D.N.Y. 1980). The legislative history indicates that Congress intended to give the term "a practical, pragmatic construction." *Sapolin Paints,* 5 B.R. at 420. Whether "adequate assurance of future performance" has been provided is determined by the facts and circumstances of each case. *In re Texas Health Ents., Inc.*, 72 Fed.Appx. 122, 126 (5th Cir.2003)*; In re Gen. Oil Distribs., Inc.*, 18 B.R. 654, 658 (Bankr. E.D.N.Y. 1982); *Chera v. 991 Blvd. Realty Corp. (In re Nat'l Shoes, Inc.*), 29 B.R. 55, 59 (Bankr. S.D.N.Y. 1982); *In re Lafayette Radio Elecs. Corp.,* 9 B.R. 993, 998 (Bankr. E.D.N.Y. 1981). A debtor need not prove that it will "thrive and make a profit," *Natco,* 54 B.R. at 440, or provide "an absolute guarantee of performance," *In re Silent Partner, Inc.,* 119 B.R. 95, 98 (E.D. La.1990). It must simply "appear [ ] that the rent will be paid and other lease obligations met." *Westview*, 59 B.R. at 755. *In re M. Fine Lumber Co., Inc.,* 383 BR 565, 572-573 (Bankr. E.D.N.Y. 2008).

14.     Debtor will continue to satisfy its lease obligations. Debtor continues to operate in the ordinary course of business, has DIP financing in place, and is in the process of obtaining replacement financing. Debtor's (and reorganized Debtor's) continued operations and financing will provide it with the funds necessary to continue to satisfy its Lease obligations.

15.     To the extent any Lease constitutes a shopping center Lease, Debtor's assumption of such Lease will comply with the provisions of 11 U.S.C. § 365(b)(3). Debtor continues to operate its stores in the ordinary course, such that any percentage rent payable under any such Lease will not decline substantially. Furthermore, Debtor's assumption of the Leases is subject to all the provisions thereof (including use provisions), and the assumption will not disrupt any tenant mix or balance in any shopping center.

**Tonkon Torp** LLP
888 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204
503-221-1440

1            16.      It is in the best interest of Debtor and its bankruptcy estate to authorize

2 the assumption of the Leases set forth on **Exhibit 1** because such Leases benefit Debtor's

3 operations and the successful reorganization of Debtor.

4            17.      Debtor reserves the right to modify the list of Leases included on

5 Exhibit 1 at any time prior to entry of the order approving this motion

6            18.      Debtor's proposed procedure for determining the Cure Amounts

7 payable by Debtor under the Leases is within the Court's authority under Section 105(a).

8 Section 105(a) grants the Court the power to "issue any order * * * that is necessary or

9 appropriate to carry out the provisions of [the Bankruptcy Code]." The Court's approval of

10 that procedure will facilitate a fair and prompt determination of Debtor's payment obligations

11 under Section 365(b)(1)(A) and (B).

12          WHEREFORE, Debtor requests entry of an order, substantially in the form of

13 Exhibit 2 attached herto, granting the relief requested herein and such other and further relief

14 as is appropriate.

15          DATED this 19th day of May, 2014.

16                  TONKON TORP LLP

17

18              By */s/ Michael W. Fletcher*
                      Albert N. Kennedy, OSB No. 821429

19                    Timothy J. Conway, OSB No. 851752
                    Michael W. Fletcher, OSB No. 010448

20                    Ava L. Schoen, OSB No. 044072
                    Attorneys for Debtor

21

22

23

24

25

26

**Tonkon Torp** LLP
888 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204
503-221-1440

# EXHIBIT 1

Schedule of Unexpired
Real Property Leases to be Assumed

**EXHIBIT 1**
**SCHEDULE OF UNEXPIRED REAL PROPERTY LEASES TO BE ASSUMED**

| Lease Counterparty | Store No. | Address of Leased Property (or Properties) | Cure Amount |
|---|---|---|---|
| Arthur C Allyn Trust<br>PO Box 337<br>Topsfield, MA 1983 | 23 | Ray's Food Place #23<br>175 N. Weed St.<br>Weed, CA 96094 | $0.00 |
| Bayshore Mall LP<br>c/o General Growth Management<br>110 N. Wacker<br>Chicago, IL 60606 | 38 | Ray's Food Place #38<br>3460 Broadway<br>Eureka, CA 95503 | $0.00 |
| Bi-Mart Corporation<br>Attn: Cliff Gerber<br>PO Box 2310<br>Eugene, OR 97402 | 56 | Shop Smart #56<br>811 East Central<br>Sutherlin, OR 97479 | $0.00 |
| Browman Development Company, Inc.<br>1556 Parkside Dr.<br>Walnut Creek, CA 94596 | 37 | Ray's Food Place #37<br>1500 Anna Sparks Way<br>McKinleyville, CA 95519 | $16,976.62 |
| Bruno's Property Mgmt. LLC<br>335 Lakeport Blvd.<br>Lakeport, CA 95453 | 73 | Bruno's Shop Smart #73<br>355 Lakeport Blvd.<br>Lakeport, CA 95453 | $0.00 |
| Bryant, Compton, Pankey,<br>  Schmidt and Eberhard Partnership<br>PO Box 457<br>Redmond, OR 97756 | 76 | Ray's Food Place #76<br>51537 Highway 97<br>LaPine, OR 97504 | $0.00 |
| Duane B. Busch<br>Trustee of the Duane B. Busch Trust<br>PO Box 0151<br>Burlingame, CA 94011-0151 | 5, 43 | Ray's Food Place #5<br>506 Main Street<br>Rogue River, OR 97537 | $5,887.80 |
| Duane B. Busch<br>Trustee of the Duane B. Busch Trust<br>PO Box 0151<br>Burlingame, CA 94011-0151 | 43 | Ray's Food Place #43<br>868 2nd Avenue<br>Gold Hill, OR 97525 | $3,908.33 |
| Canyonville, LLC<br>14385 SW Pacific Hwy.<br>Tigard, OR 97224 | 66 | Ray's Food Place #66<br>151 NE Main St.<br>Canyonville, OR 97417 | $5,772.14 |
| Clark's Waldport Market, Inc.<br>1565 SW Ocean Ct.<br>Waldport, OR 97394 | 77 | C & K Market #77<br>PO Box 1108<br>231 Hwy 101<br>Yachats, OR 97498 | $0.00 |

Exhibit 1
Page 1 of 4

**EXHIBIT 1**
**SCHEDULE OF UNEXPIRED REAL PROPERTY LEASES TO BE ASSUMED**

| Lease Counterparty | Store No. | Address of Leased Property (or Properties) | Cure Amount |
|---|---|---|---|
| Tony & Carol Evans<br>14848 Lago Drive<br>Rancho Murieta, CA 95683-9535 | 32 | Shop Smart #32<br>3430 Redwood Dr.<br>Redway, CA 95560 | $54,711.21 |
| John Hammar<br>LuLu, LLC<br>PO Box 2266<br>Eugene, OR 97402 | 39 | Ray's Food Place #39<br>25013 Hwy 126<br>Veneta, OR 97487 | $2,938.82 |
| Hoopa Valley Development Corp.<br>PO Box 1348<br>Hoopa, CA 95546 | 4 | Ray's Food Place #4<br>Highway 96<br>Hoopa, CA 95546 | $0.00 |
| Carroll V. Johnston, Trustee of the Keith Hanley Johnston and Carroll V. Johnston 1997 Revocable Trust<br>PO Box 35<br>Willow Creek, CA 95573 | 75 | Ray's Food Place #75<br>PO Box 5<br>38915 Hwy 299<br>Willow Creek, CA 95573 | $2,763.81 |
| Greg Juell<br>Barbara Giuntoli-Juell<br>1515 Pine St<br>Redding, CA 96001 | 25 | Ray's Food Place #25<br>124 Collier Way<br>Etna, CA 96027 | $0.00 |
| Greg Juell<br>Barbara Giuntoli-Juell<br>1515 Pine St<br>Redding, CA 96001 | 26 | Ray's Food Place #26<br>11307 Main Street<br>Ft. Jones, CA 6032 | $0.00 |
| Robert J. and Nancy J. Komlofske Trust<br>PO Box 1547<br>Prineville, OR 97554 | 60 | Ray's Food Place #60<br>1535 NE 3rd<br>Prineville, OR 97754 | $15,696.00 |
| Jean LeRoux<br>31740 Owl Rd.<br>Eugene, OR 97405 | 54 | Shop Smart #54<br>51370 Hwy 97<br>LaPine, OR 97739 | $9,572.79 |
| Al and Suzanne Luis<br>15070 Middletown Park Dr.<br>Redding, CA 96001 | 55 | Ray's Food Place #55<br>1555 Oregon Street<br>Port Orford, OR 97465 | $0.00 |
| MNEN Family Limited Partnership<br>c/o Contract Svc Ref #40187<br>PO Box 34623<br>Seattle, WA 98124 | 17 | Ray's Food Place #17<br>909 South Main St.<br>Myrtle Creek, OR 97457 | $5,404.69 |

Exhibit 1
Page 1 of 4

## EXHIBIT 1
## SCHEDULE OF UNEXPIRED REAL PROPERTY LEASES TO BE ASSUMED

| Lease Counterparty | Store No. | Address of Leased Property (or Properties) | Cure Amount |
|---|---|---|---|
| Musil Property Management LLC<br>Kathleen A. Polk, Agent<br>PO Box 787<br>Cave Junction, OR 97523 | 28 | Shop Smart #28<br>205 Watkins Street<br>Cave Junction, OR 97523 | $4,334.59 |
| Northgate Enterprises<br>PO Box 1583<br>Corvallis, OR 97339 | 18 | Ray's Food Place #18<br>66 Michigan Avenue<br>Bandon, OR 97411 | $0.00 |
| O'Hare Parkway, LLC<br>1175 East Main Street<br>Medford, OR 97504 | N/A<br>(Office Lease) | Medford Office<br>805 O'Hare Parkway, #100<br>Medford, OR 97504 | $0.00 |
| Peace Two, LLC<br>3917 Mount Vista Dr<br>Medford, OR | 82 | Ray's Food Place #82<br>215 E Wagner St<br>Talent, OR | $0.00 |
| R & R Development<br>PO Box 470<br>Waldport, OR 97394 | 44 | Ray's Food Place #44<br>580 NE Broadway<br>Waldport, OR 97394 | $0.00 |
| Realty Income<br>PM Dept Bldg<br>Department 2428<br>Los Angeles, CA 90084 | 9, 10, 42 and 47 | Ray's Food Place #9<br>126 E Pine Street<br>Central Point, OR 97502<br><br>Ray's Food Place #10<br>735 N Main Street<br>Phoenix, OR 97535<br><br>Ray's Food Place #42<br>1139 S Cloverdale Blvd.<br>Cloverdale, CA 95425<br><br>Ray's Food Place #47<br>2009 Main Street<br>Fortuna, CA 95540 | $75,366.09 |
| Shami Valley West LLC<br>NCIG Property Management<br>3134 H Street<br>Eureka, CA 95503 | 7 | Ray's Food Place #7<br>5000 Valley West Blvd.<br>Arcata, CA 95521 | $27,454.57 |
| Andrea L Silver-Merrill<br>PO Box 720330<br>Redding, CA 96001 | 24 (Land Lease) | Ray's Food Place #24<br>160 Morgan Way<br>Mt. Shasta, CA 96067 | $0.00 |
| Robert G. Smith, et. al.<br>22288 Golftime Dr.<br>Palo Cedero, CA 96073 | 64 | Ray's Food Place #64<br>875 Redwood Drive<br>Garberville, CA 95542 | $8,506.77 |

Exhibit 1
Page 1 of 4

**EXHIBIT 1**
**SCHEDULE OF UNEXPIRED REAL PROPERTY LEASES TO BE ASSUMED**

| Lease Counterparty | Store No. | Address of Leased Property (or Properties) | Cure Amount |
|---|---|---|---|
| Susan Elliot Enterprises, LLC<br>Contact: Martial E. Henault<br>1730 East McAndrews Rd., Suite B<br>Medford ,OR 97504 | 63 | Ray's Food Place #63<br>401 N. Fifth Street<br>Jacksonville, OR 97530 | $0.00 |
| Taylor Pickhardt Development, LLC<br>PO Box 6713<br>Bend, OR 97708 | 45 | Ray's Food Place #45<br>635 N. Arrowleaf Trail<br>Sisters, OR 97759 | $0.00 |
| Triple D Investments, LLC<br>272 Winter Creek Lane<br>Roseburg, OR 97471 | 81 | Ray's Food Place #81<br>308 N. First St<br>Drain, OR | $0.00 |

Exhibit 1
Page 1 of 4

Case 13-64561-fra11    Doc 913    Filed 05/19/14

# EXHIBIT 2

## PROPOSED FORM OF ORDER

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF OREGON

| | |
|---|---|
| In re | Case No. 13-64561-fra11 |
| C & K Market, Inc., | **ORDER GRANTING DEBTOR'S OMNIBUS MOTION FOR (1) AUTHORIZATION TO ASSUME UNEXPIRED REAL PROPERTY LEASES, AND (2) APPROVAL OF PROCEDURES FOR DETERMINING CURE AMOUNTS** |
| Debtor. | |

This matter having come before the Court on Debtor's Omnibus Motion for (1) Authorization to Assume Unexpired Real Property Leases, and (2) Approval of Procedures for Determining Cure Amounts (the "Motion") [ECF No. _____], the Court having reviewed the Motion and having considered the statements of counsel and the evidence adduced with respect to the Motion; and the Court having found that (1) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 334; (2) venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; (3) this is a core proceeding pursuant to 28 U.S.C. § 157(b); and (4) notice of the Motion and the Hearing was sufficient under the circumstances; and after due deliberation the Court having determined that the relief requested in the Motion is in the best interests of Debtor, its estate and the creditors; and good and sufficient cause having been shown,

**Tonkon Torp** LLP
888 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204
503-221-1440

IT IS HEREBY ORDERED that:

1.          Pursuant to Section 365(a) of the Bankruptcy Code, Debtor's assumption of the unexpired leases of nonresidential real property listed in the Schedule of Assumed Unexpired Real Property Leases attached hereto as Exhibit 1 (each a "Lease"[1] and collectively the "Leases") is approved.  Each Lease shall be deemed for all purposes to have been assumed by Debtor effective as of June 17, 2014.

2.          The amounts payable by Debtor under Section 365(b)(1) of the Bankruptcy Code (the "Cure Amounts") are the amounts set forth in the attached Schedule of Assumed Unexpired Real Property Leases.  Debtor is hereby authorized to pay the Cure Amounts to the lessors under the Leases.

3.          This Order shall be effective immediately upon its entry.

4.          This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

# # #

---

[1] "Lease," as used herein, is defined to include all modifications, amendments, supplements, restatements or other agreements made directly or indirectly by any agreement (whether orally or in writing) that in any manner affects a lease, but excludes any of the foregoing that is not in writing and that purportedly limits, restricts or impairs Debtor's rights or benefits under the written documents that evidence the lease.

I certify that I have complied with the requirements of LBR 9021-1(a)(2)(A).

Presented by:

TONKON TORP LLP

By _____

     Albert N. Kennedy, OSB No. 821429
     Timothy J. Conway, OSB No. 851752
     Michael W. Fletcher, OSB No. 010448
     Ava L. Schoen, OSB No. 044072
     888 S.W. Fifth Avenue, Suite 1600
     Portland, OR 97204-2099
     Telephone:   503-221-1440
     Facsimile:   503-274-8779
     E-mail:      al.kennedy@tonkon.com
                 tim.conway@tonkon.com
                 michael.fletcher@tonkon.com
                 ava.schoen@tonkon.com
     **Attorneys for Debtor**

cc:    List of Interested Parties

**Page 3 of 3** -   DEBTOR'S OMNIBUS MOTION FOR (1) AUTHORIZATION TO ASSUME
                         UNEXPIRED REAL PROPERTY LEASES, AND (2) APPROVAL OF PROCEDURES
                         FOR DETERMINING CURE AMOUNTS

**Tonkon Torp** LLP
888 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204
503-221-1440

Case 13-64561-fra11   Doc 913   Filed 05/19/14

# EXHIBIT 1

Schedule of Unexpired
Real Property Leases

# EXHIBIT 1
## SCHEDULE OF UNEXPIRED REAL PROPERTY LEASES TO BE ASSUMED

| Lease Counterparty | Store No. | Address of Leased Property (or Properties) | Cure Amount |
|---|---|---|---|
| Arthur C Allyn Trust<br>PO Box 337<br>Topsfield, MA 1983 | 23 | Ray's Food Place #23<br>175 N. Weed St.<br>Weed, CA 96094 | $0.00 |
| Bayshore Mall LP<br>c/o General Growth Management<br>110 N. Wacker<br>Chicago, IL 60606 | 38 | Ray's Food Place #38<br>3460 Broadway<br>Eureka, CA 95503 | $0.00 |
| Bi-Mart Corporation<br>Attn: Cliff Gerber<br>PO Box 2310<br>Eugene, OR 97402 | 56 | Shop Smart #56<br>811 East Central<br>Sutherlin, OR 97479 | $0.00 |
| Browman Development Company, Inc.<br>1556 Parkside Dr.<br>Walnut Creek, CA 94596 | 37 | Ray's Food Place #37<br>1500 Anna Sparks Way<br>McKinleyville, CA 95519 | $16,976.62 |
| Bruno's Property Mgmt. LLC<br>335 Lakeport Blvd.<br>Lakeport, CA 95453 | 73 | Bruno's Shop Smart #73<br>355 Lakeport Blvd.<br>Lakeport, CA 95453 | $0.00 |
| Bryant, Compton, Pankey,<br>Schmidt and Eberhard Partnership<br>PO Box 457<br>Redmond, OR 97756 | 76 | Ray's Food Place #76<br>51537 Highway 97<br>LaPine, OR 97504 | $0.00 |
| Duane B. Busch<br>Trustee of the Duane B. Busch Trust<br>PO Box 0151<br>Burlingame, CA 94011-0151 | 5, 43 | Ray's Food Place #5<br>506 Main Street<br>Rogue River, OR 97537 | $5,887.80 |
| Duane B. Busch<br>Trustee of the Duane B. Busch Trust<br>PO Box 0151<br>Burlingame, CA 94011-0151 | 43 | Ray's Food Place #43<br>868 2nd Avenue<br>Gold Hill, OR 97525 | $3,908.33 |
| Canyonville, LLC<br>14385 SW Pacific Hwy.<br>Tigard, OR 97224 | 66 | Ray's Food Place #66<br>151 NE Main St.<br>Canyonville, OR 97417 | $5,772.14 |
| Clark's Waldport Market, Inc.<br>1565 SW Ocean Ct.<br>Waldport, OR 97394 | 77 | C & K Market #77<br>PO Box 1108<br>231 Hwy 101<br>Yachats, OR 97498 | $0.00 |

Exhibit 1
Page 1 of 4

Case 13-64561-fra11   Doc 913   Filed 05/19/14

## EXHIBIT 1
## SCHEDULE OF UNEXPIRED REAL PROPERTY LEASES TO BE ASSUMED

| Lease Counterparty | Store No. | Address of Leased Property (or Properties) | Cure Amount |
|---|---|---|---|
| Tony & Carol Evans<br>14848 Lago Drive<br>Rancho Murieta, CA 95683-9535 | 32 | Shop Smart #32<br>3430 Redwood Dr.<br>Redway, CA 95560 | $54,711.21 |
| John Hammar<br>LuLu, LLC<br>PO Box 2266<br>Eugene, OR 97402 | 39 | Ray's Food Place #39<br>25013 Hwy 126<br>Veneta, OR 97487 | $2,938.82 |
| Hoopa Valley Development Corp.<br>PO Box 1348<br>Hoopa, CA 95546 | 4 | Ray's Food Place #4<br>Highway 96<br>Hoopa, CA 95546 | $0.00 |
| Carroll V. Johnston, Trustee of the Keith Hanley Johnston and Carroll V. Johnston 1997 Revocable Trust<br>PO Box 35<br>Willow Creek, CA 95573 | 75 | Ray's Food Place #75<br>PO Box 5<br>38915 Hwy 299<br>Willow Creek, CA 95573 | $2,763.81 |
| Greg Juell<br>Barbara Giuntoli-Juell<br>1515 Pine St<br>Redding, CA 96001 | 25 | Ray's Food Place #25<br>124 Collier Way<br>Etna, CA 96027 | $0.00 |
| Greg Juell<br>Barbara Giuntoli-Juell<br>1515 Pine St<br>Redding, CA 96001 | 26 | Ray's Food Place #26<br>11307 Main Street<br>Ft. Jones, CA 6032 | $0.00 |
| Robert J. and Nancy J. Komlofske Trust<br>PO Box 1547<br>Prineville, OR 97554 | 60 | Ray's Food Place #60<br>1535 NE 3rd<br>Prineville, OR 97754 | $15,696.00 |
| Jean LeRoux<br>31740 Owl Rd.<br>Eugene, OR 97405 | 54 | Shop Smart #54<br>51370 Hwy 97<br>LaPine, OR 97739 | $9,572.79 |
| Al and Suzanne Luis<br>15070 Middletown Park Dr.<br>Redding, CA 96001 | 55 | Ray's Food Place #55<br>1555 Oregon Street<br>Port Orford, OR 97465 | $0.00 |
| MNEN Family Limited Partnership<br>c/o Contract Svc Ref #40187<br>PO Box 34623<br>Seattle, WA 98124 | 17 | Ray's Food Place #17<br>909 South Main St.<br>Myrtle Creek, OR 97457 | $5,404.69 |

Exhibit 1
Page 1 of 4

Case 13-64561-fra11    Doc 913    Filed 05/19/14

## EXHIBIT 1
## SCHEDULE OF UNEXPIRED REAL PROPERTY LEASES TO BE ASSUMED

| Lease Counterparty | Store No. | Address of Leased Property (or Properties) | Cure Amount |
|---|---|---|---|
| Musil Property Management LLC<br>Kathleen A. Polk, Agent<br>PO Box 787<br>Cave Junction, OR 97523 | 28 | Shop Smart #28<br>205 Watkins Street<br>Cave Junction, OR 97523 | $4,334.59 |
| Northgate Enterprises<br>PO Box 1583<br>Corvallis, OR 97339 | 18 | Ray's Food Place #18<br>66 Michigan Avenue<br>Bandon, OR 97411 | $0.00 |
| O'Hare Parkway, LLC<br>1175 East Main Street<br>Medford, OR 97504 | N/A<br>(Office Lease) | Medford Office<br>805 O'Hare Parkway, #100<br>Medford, OR 97504 | $0.00 |
| Peace Two, LLC<br>3917 Mount Vista Dr<br>Medford, OR | 82 | Ray's Food Place #82<br>215 E Wagner St<br>Talent, OR | $0.00 |
| R & R Development<br>PO Box 470<br>Waldport, OR 97394 | 44 | Ray's Food Place #44<br>580 NE Broadway<br>Waldport, OR 97394 | $0.00 |
| Realty Income<br>PM Dept Bldg<br>Department 2428<br>Los Angeles, CA 90084 | 9, 10, 42 and 47 | Ray's Food Place #9<br>126 E Pine Street<br>Central Point, OR 97502<br><br>Ray's Food Place #10<br>735 N Main Street<br>Phoenix, OR 97535<br><br>Ray's Food Place #42<br>1139 S Cloverdale Blvd.<br>Cloverdale, CA 95425<br><br>Ray's Food Place #47<br>2009 Main Street<br>Fortuna, CA 95540 | $75,366.09 |
| Shami Valley West LLC<br>NCIG Property Management<br>3134 H Street<br>Eureka, CA 95503 | 7 | Ray's Food Place #7<br>5000 Valley West Blvd.<br>Arcata, CA 95521 | $27,454.57 |
| Andrea L Silver-Merrill<br>PO Box 720330<br>Redding, CA 96001 | 24 (Land Lease) | Ray's Food Place #24<br>160 Morgan Way<br>Mt. Shasta, CA 96067 | $0.00 |
| Robert G. Smith, et. al.<br>22288 Golftime Dr.<br>Palo Cedero, CA 96073 | 64 | Ray's Food Place #64<br>875 Redwood Drive<br>Garberville, CA 95542 | $8,506.77 |

Exhibit 1
Page 1 of 4

## EXHIBIT 1
## SCHEDULE OF UNEXPIRED REAL PROPERTY LEASES TO BE ASSUMED

| Lease Counterparty | Store No. | Address of Leased Property (or Properties) | Cure Amount |
|---|---|---|---|
| Susan Elliot Enterprises, LLC<br>Contact: Martial E. Henault<br>1730 East McAndrews Rd., Suite B<br>Medford ,OR 97504 | 63 | Ray's Food Place #63<br>401 N. Fifth Street<br>Jacksonville, OR 97530 | $0.00 |
| Taylor Pickhardt Development, LLC<br>PO Box 6713<br>Bend, OR 97708 | 45 | Ray's Food Place #45<br>635 N. Arrowleaf Trail<br>Sisters, OR 97759 | $0.00 |
| Triple D Investments, LLC<br>272 Winter Creek Lane<br>Roseburg, OR 97471 | 81 | Ray's Food Place #81<br>308 N. First St<br>Drain, OR | $0.00 |

Exhibit 1
Page 1 of 4

Case 13-64561-fra11    Doc 913    Filed 05/19/14

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing **DEBTOR'S OMNIBUS MOTION FOR (1) AUTHORIZATION TO ASSUME UNEXPIRED REAL PROPERTY LEASES, AND (2) APPROVAL OF PROCEDURES FOR DETERMINING CURE AMOUNTS** was served on the parties indicated as "ECF" on the attached List of Interested Parties by electronic means through the Court's Case Management/Electronic Case File system on the date set forth below.

In addition, the parties indicated as "Non-ECF" on the attached List of Interested Parties were served by mailing a copy thereof in a sealed, first-class postage prepaid envelope, addressed to each party's last-known address and depositing in the U.S. mail at Portland, Oregon on the date set forth below.

DATED this 19th day of May, 2014.

TONKON TORP LLP

By */s/ Michael W. Fletcher*
    Albert N. Kennedy, OSB No. 821429
    Timothy J. Conway, OSB No. 851752
    Michael W. Fletcher, OSB No. 010448
    Ava L. Schoen, OSB No. 044072
    Attorneys for Debtor

034518/00017/5538808v1

**Page 1 of 1** -   CERTIFICATE OF SERVICE

## ECF PARTICIPANTS

- RICHARD T ANDERSON rick@andersonmonson.com, lisa@andersonmonson.com
- MATTHEW A ARBAUGH matt@fieldjerger.com, koren@fieldjerger.com
- MICHELLE PLATT BASSI MBassi@thorp-purdy.com
- CASEY B BOYLE KDWBankruptcyDepartment@kelleydrye.com
- G JEFFERSON CAMPBELL mariahd@qwestoffice.net, gjcpc@qwestoffice.net
- AMANDA L. CARTWRIGHT amanda.cartwright@bryancave.com
- DONALD J CHURNSIDE don@oregonlegalteam.com, melanie@oregonlegalteam.com
- DAN W CLARK dan@roseburglaw.com, lowletta@roseburglaw.com
- CHRISTINE COERS-MITCHELL coers@comcast.net, johnstonlaw@comcast.net
- MARK B COMSTOCK mcomstock@ghrlawyers.com, lmarcus@ghrlawyers.com
- TIMOTHY J CONWAY tim.conway@tonkon.com, nancy.kennedy@tonkon.com
- BRADLEY S COPELAND bcopeland@agsprp.com, bdavis@agsprp.com
- LAURIE E CRAGHEAD laurie_craghead@co.deschutes.or.us, Treana.Henley@deschutes.org
- JOHN E DAVIS JackD@roguefirm.com
- MELINDA DAVISON tcp@dvclaw.com
- COLIN F. DOUGHERTY colin.dougherty@faegrebd.com
- MICHAEL W FLETCHER michael.fletcher@tonkon.com, leslie.hurd@tonkon.com;andy.haro@tonkon.com
- DAVID A FORAKER david.foraker@greenemarkley.com, mena.ravassipour@greenemarkley.com
- BENJAMIN FREUDENBERG benf@roguefirm.com
- DOUGLAS L GALLAGHER doug@dglawoffice.com, douglasgallagherlawoffice@gmail.com
- MATTHEW GOLD courts@argopartners.net
- OREN B HAKER obhaker@stoel.com, docketclerk@stoel.com;cejordan@stoel.com;aepeterson-meier@stoel.com
- BRIAN T HEMPHILL brian@hemphill-attorney.com
- THOMAS A HUNTSBERGER tom@tahpc.com, laurie@tahpc.com
- SCOTT L JENSEN slj@brownrask.com, lac@brownrask.com
- ALBERT N KENNEDY al.kennedy@tonkon.com, leslie.hurd@tonkon.com;andy.haro@tonkon.com
- CHRISTINE A KOSYDAR cakosydar@stoel.com, cmwallentine@stoel.com; docketclerk@stoel.com; lchopkins@stoel.com
- JUSTIN D LEONARD jleonard@ml-llp.com, ecf@ml-llp.com;jleonard@pacernotice.com
- LANCE A LeFEVER llefever@thorp-purdy.com, dhay@thorp-purdy.com
- JULIA I MANELA ecf@scott-law-group.com
- DAVID B MILLS davidbmills@comcast.net, davidbmills@cs.com
- JEFFREY C MISLEY jeffm@sussmanshank.com, ecf.jeffrey.misley@sussmanshank.com
- JOHNSTON A MITCHELL johnstonlaw@comcast.net, coers@comcast.net;emenze@comcast.net
- WILSON C MUHLHEIM mkindred@luvaascobb.com;scooke@luvaascobb.com
- PETER C McKITTRICK pmckittrick@ml-llp.com, ecf@ml-llp.com
- EVAN H. NORDBY nordby.evan@dol.gov
- JOSHUA BYRON NORTON joshua.norton@kyl.com
- THOMAS M ORR torr@eugene-law.com, lmiller@eugene-law.com
- R SCOTT PALMER rspalmer@wlrlaw.com, lolson@wlrlaw.com
- CHRISTOPHER L PARNELL cparnell@dunncarney.com, taichele@dunncarney.com;sripley@dunncarney.com
- TERESA H PEARSON teresa.pearson@millernash.com, lisa.conrad@millernash.com;brenda.hale@millernash.com
- DAVID L POLLACK pollack@ballardspahr.com
- WILLARD L RANSOM wransom@roguevalleylaw.com, ddaw@roguevalleylaw.com
- RECOVERY MANAGEMENT SYSTEMS CORPORATION claims@recoverycorp.com
- TARA J SCHLEICHER tschleicher@fwwlaw.com, dfallon@fwwlaw.com;nlyman@fwwlaw.com
- AVA L SCHOEN ava.schoen@tonkon.com, larissa.stec@tonkon.com
- LOREN S SCOTT ecf@scott-law-group.com
- ALAN G SELIGSON aseligson@scslaw.org, assistant@scslaw.org
- TROY SEXTON tsexton@portlaw.com, nhenderson@portlaw.com,csturgeon@portlaw.com,mmyers@portlaw.com
- DONALD R SLAYTON dslayton@scslaw.org, michelle@scslaw.org
- RENEE STARR renee@rstarrlaw.com
- JERRY N STEHLIK jstehlik@bsss-law.com
- PATRICK L STEVENS pstevens@eugene-law.com, lmiller@eugene-law.com,ahorrigan@eugenelaw.com
- MICHAEL R. STEWART michael.stewart@faegrebd.com
- BRYCE A. SUZUKI bryce.suzuki@bryancave.com, sally.erwin@bryancave.com
- ANDREW MICHAEL THAU at@southpawasset.com
- STEPHEN T TWEET beth@albertandtweet.com, darlene@albertandtweet.com
- US Trustee, Eugene USTPRegion18.EG.ECF@usdoj.gov
- JOSEPH M VANLEUVEN joevanleuven@dwt.com, lizcarter@dwt.com;pdxdocket@dwt.com
- LAURA J WALKER lwalker@cablehuston.com, mingram@cablehuston.com
- PAMELA K. WEBSTER pwebster@buchalter.com, smartin@buchalter.com

# NON-ECF PARTICIPANTS

## SECURED CREDITORS

Banc of America
  Leasing & Capital LLC
2059 Northlake Parkway 4 South
Tucker, GA 30084

Dell Financial Services LLC
Mail Stop-PS2DF-23
One Dell Way
Round Rock, TX 78682

James D. and Debra A. Gillespie
c/o Michelle Bassi
Thorp Purdy et al
1011 Harlow Rd., #300
Springfield, OR 97477

Greatway Properties LLC
Attn: Floyd Hayner, Mgr.
722 Pennsylvania Ave.
Medford, OR 97501-2553

Green & Frahm
941 Delsie Dr.
Grants Pass, OR 97527

Protective Life
2801 Highway 280 South
Birmingham, AL 35202

LaSalle Natl Bank, Trustees for Holders
Protective Comm Mtg FASIT Master Trust
c/o Protective Life Ins-Invest. Dept.
POB 2606
Birmingham, AL 35202

## OTHER

Jenette A. Barrow-Bosshart
Otterburg P.C.
230 Park Avenue
New York, NY 10169-0075

## REQUESTS FOR NOTICE

James C. Porter, Creditor
1005 Fish Hatchery Road
Grants Pass, OR 97527

## COUNTERPARTY (Store No. 23)

Arthur C. Allyn Trust
PO Box 337
Topsfield, MA 01983

## COUNTERPARTY (Store No. 38)

Bayshore Mall LP
c/o General Growth Management
110 N. Wacker
Chicago, IL 60606

Bayshore Mall LP
c/o Rouse Properties Inc.
Attn: Susan Elman Esq.
1114 Avenue of the Americas #2800,
New York, NY 10036-7703

Bayshore Mall LP
Kelley Drye & Warren LLP
Attn: Robert L. LeHane Esq.
101 Park Ave.
New York, NY 10178

## COUNTERPARTY (Store No. 56)

Bi-Mart Corporation
Attn:  Cliff Gerber
PO Box 2310
Eugene, OR 97402

Bi-Mart Corporation
220 S Seneca
Eugene, OR 97402

## COUNTERPARTY (Store No. 37)

Browman Development
  Company, Inc.
1556 Parkside Dr.
Walnut Creek, CA 94596

## COUNTERPARTY (Store No. 73)

Bruno's Property Mgmt. LLC
335 Lakeport Blvd.
Lakeport, CA 95453

## COUNTERPARTY (Store No. 76)

Bryant, Compton, Pankey,
Schmidt and Eberhard Partnership
PO Box 457
Redmond, OR 97756

## COUNTERPARTY
(Store Nos. 5 and 43)

Duane B. Busch, Trustee of the
  Duane B. Busch Trust
PO Box 0151
Burlingame, CA 94011-0151

Duane B Busch
c/o Don Huntley
POB 676
Rogue River, OR 97537

## COUNTERPARTY (Store No. 66)

Canyonville, LLC
14385 SW Pacific Hwy
Tigard, OR 97224

## COUNTERPARTY (Store No. 77)

Clark's Waldport Market, Inc.
c/o Alan G. Seligson
142 W. 8th Ave
Eugene, OR 97401

Clark's Waldport Market, Inc.
c/o Cheryl Templin
1565 SW Ocean Ct.
Waldport, OR 97394

Clark's Waldport Market Inc.
17053 SW Bard Way
King City, OR 97224

## COUNTERPARTY (Store No. 32)

Tony and Carol Evans
14848 Lago Drive
Rancho Murieta, CA 95683-9535

## COUNTERPARTY (Store No. 39)

LuLu, LLC
John Hammar
PO Box 2266
Eugene, OR 97402

## COUNTERPARTY (Store No. 4)

Hoopa Valley Development Corp.
PO Box 1348
Hoopa, CA 95546

## COUNTERPARTY (Store No. 75)

Carroll V. Johnston, Trustee of the
Keith Hanley Johnston and Carroll V.
Johnston 1997 Revocable Trust
PO Box 35
Willow Creek, CA 95573

## COUNTERPARTY
(Store No. 25 and 26)

Greg Juell and Barbara Giuntoli-Juell
1515 Pine St
Redding, CA 96001

## COUNTERPARTY (Store No. 60)

Robert J. & Nancy J. Komlofske Trust
PO Box 1547
Prineville, OR 97554

## COUNTERPARTY (Store No. 54)

Jean LeRoux
31740 Owl Rd
Eugene, OR 97405

## COUNTERPARTY (Store No. 55)

Al and Suzanne Luis
15070 Middletown Park Dr
Redding, CA 96001

## COUNTERPARTY (Store No. 17)

MNEN Family Limited Partnership
c/o Contract Svc Ref #40187
PO Box 2308
Salem, OR 97308-2308

**COUNTERPARTY (Store No. 28)**

Musil Property Management LLC
Kathleen A. Polk, Agent
PO Box 787
Cave Junction, OR 97523

**COUNTERPARTY (Store No. 18)**

Northgate Enterprises
PO Box 1583
Corvallis, OR 97339

Darren Dickerhoof
c/o Sanford R. Landress
Greene & Markley PC
1515 SW Fifth Ave #600
Portland, OR 97201-5492

**COUNTERPARTY
(Medford office lease)**

O'Hare Parkway, LLC
1175 East Main Street, #2B
Medford, OR 97504

**COUNTERPARTY (Store No. 82)**

Peace Two, LLC
3917 Monte Vista Dr
Medford, OR 97504

**COUNTERPARTY (Store No. 44)**

R & R Development
PO Box 470
Waldport, OR 97394

**COUNTERPARTY
(Store Nos. 9, 10, 42 and 47)**

Realty Income Corp
c/o Joseph M VanLeuven
Davis Wright Tremaine LLP
1300 SW 5th Ave #2400
Portland, OR 97201

Realty Income
PM Dept Bldg
Department 2428
Los Angeles, CA 90084

**COUNTERPARTY (Store No. 7)**

Shami Valley West Investors LLC
c/o Cazco Management
426 First Street
Eureka, CA 95501-0404

Shami Valley West, LLC
40 E. Division St., Suite A
Dover, DE 19901

**COUNTERPARTY
(Land Lease - Store No. 24)**

Andrea L. Silver-Merrill
POB 720330
Redding, CA 96001

**COUNTERPARTY (Store No. 64)**

Robert G. Smith, et. al.
22288 Golftime Dr
Palo Cedero, CA 96073

**COUNTERPARTY (Store No. 63)**

Susan Elliot Enterprises, LLC
c/o Willard L Ransom, Esq.
Sorenson Ransom et al
133 NW D Street
Grants Pass, OR 97526

Susan Elliot Enterprises, LLC
486 Arcadia
Roseburg, OR 97471

Susan Elliot Enterprises, LLC
Attn: Martial E. Henault
1730 East McAndrews Rd., Suite B
Medford, OR 97504

**COUNTERPARTY (Store No. 45)**

Taylor Development, LLC
18500 Bull Springs Rd
Bend, OR 97701

Taylor Pickhardt Development, LLC
PO Box 6713
Bend, OR 97708

**COUNTERPARTY (Store No. 81)**

Triple D Investments, LLC
272 Winter Creek Lane
Roseburg, OR 97471