**DISTRICT OF OREGON**

**F I L E D**

**November 04, 2014**

**Clerk, U.S. Bankruptcy Court**

Below is an Order of the Court.

FRANK R. ALLEY
U.S. Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF OREGON

In re

C & K Market, Inc.,

Debtor.

Case No. 13-64561-fra11

**STIPULATED ORDER ALLOWING CLAIM NOS. 30, 230, 258, 302, 308, AND 345**

       Tannor Partners Credit Fund, LP ("Tannor"), as assignee, is the holder of Claim Nos. 30, 230, 258, 302, 308 and 345 (collectively, the "Tannor Claims"). Debtor objected to each of the Tannor Claims. As set forth in this Stipulated Order, Debtor and Tannor have reached a resolution with respect to each of the Tannor Claims.

       Accordingly, based on the record herein and the stipulation of the parties,

       IT IS HEREBY ORDERED as follows:

       1.     Claim No. 30 is Allowed as a Class 12 General Unsecured Claim in the amount of $796,085.20.

       2.     Claim No. 230 is Allowed as a Class 12 General Unsecured Claim in the amount of $141,960.00.

       3.     Claim No. 258 is Allowed as a Class 12 General Unsecured Claim in the amount of $178,273.86.

**Tonkon Torp** LLP
888 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204
503-221-1440

4.      Claim No. 302 is Allowed as a Class 12 General Unsecured Claim in the amount of $247,863.54.

5.      Claim No. 308 is Allowed as a Class 12 General Unsecured Claim in the amount of $1,540,612.80.

6.      Claim No. 345 is Allowed as a Class 12 General Unsecured Claim in the amount of $2,285,283.60.

# # #

It is so stipulated:

TONKON TORP LLP


By */s/ Michael W. Fletcher*
       Michael W. Fletcher, OSB No. 010448
       888 S.W. Fifth Avenue, Suite 1600
       Portland, OR  97204-2099
       Attorneys for Debtor

KATTEN MUCHIN ROSENMAN LLP


By */s/ Dustin P. Branch*
       Dustin P. Branch
       Attorneys for Tannor Partners Credit Funds LP, as
       Assignee


I certify that I have complied with the requirements of LBR 9021-1(a)(2)(A).

**Page 2 of 3** -   STIPULATED ORDER ALLOWING CLAIM NOS. 30, 230, 258, 302, 308, AND 345

Presented by:

TONKON TORP LLP


By */s/ Michael W. Fletcher*
    Albert N. Kennedy, OSB No. 821429
    Timothy J. Conway, OSB No. 851752
    Michael W. Fletcher, OSB No. 010448
    Ava L. Schoen, OSB No. 044072
    888 S.W. Fifth Avenue, Suite 1600
    Portland, OR  97204-2099
    Telephone:  503-221-1440
    Facsimile:  503-274-8779
    E-mail:    al.kennedy@tonkon.com
                tim.conway@tonkon.com
                michael.fletcher@tonkon.com
                ava.schoen@tonkon.com
    Attorneys for Debtor

cc:    List of Interested Parties

**Tonkon Torp** LLP
888 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204
503-221-1440

# LIST OF INTERESTED PARTIES

## *In re C & K Market, Inc.*
## U.S. Bankruptcy Court Case No. 13-64561-fra11

## ECF PARTICIPANTS

- RICHARD T ANDERSON rick@andersonmonson.com, lisa@andersonmonson.com
- MATTHEW A ARBAUGH matt@fieldjerger.com, koren@fieldjerger.com
- CASEY B BOYLE KDWBankruptcyDepartment@kelleydrye.com
- G JEFFERSON CAMPBELL aabankruptcy@gmail.com, gjcpclaw@gmail.com
- AMANDA L. CARTWRIGHT amanda.cartwright@bryancave.com
- DONALD J CHURNSIDE don@oregonlegalteam.com, judy@oregonlegalteam.com
- CHRISTINE COERS-MITCHELL coers@comcast.net, johnstonlaw@comcast.net
- MARK B COMSTOCK mcomstock@ghrlawyers.com, jdavison@ghrlawyers.com;jtrayner@ghrlawyers.com
- TIMOTHY J CONWAY tim.conway@tonkon.com, nancy.kennedy@tonkon.com
- BRADLEY S COPELAND bcopeland@agsprp.com, bdavis@agsprp.com
- JOHN E DAVIS JackD@roguefirm.com
- MELINDA DAVISON tcp@dvclaw.com
- COLIN F. DOUGHERTY colin.dougherty@faegrebd.com
- MICHAEL W FLETCHER michael.fletcher@tonkon.com, leslie.hurd@tonkon.com;andy.haro@tonkon.com
- DAVID A FORAKER david.foraker@greenemarkley.com, mena.ravassipour@greenemarkley.com
- BENJAMIN FREUDENBERG benf@roguefirm.com
- DOUGLAS L GALLAGHER doug@dglawoffice.com, douglasgallagherlawoffice@gmail.com
- MATTHEW GOLD courts@argopartners.net
- BRIAN T HEMPHILL brian@hemphill-attorney.com
- THOMAS A HUNTSBERGER tom@tahpc.com, laurie@tahpc.com
- SCOTT L JENSEN slj@brownrask.com, lac@brownrask.com
- ALBERT N KENNEDY al.kennedy@tonkon.com, leslie.hurd@tonkon.com;andy.haro@tonkon.com
- SANFORD R LANDRESS sanford.landress@greenemarkley.com, lori.pavey@greenemarkley.com
- JUSTIN D LEONARD jleonard@ml-llp.com, ecf@ml-llp.com;jleonard@pacernotice.com
- MEGAN I LIVERMORE megan@oregonlegalteam.com, debbie@oregonlegalteam.com
- JULIA I MANELA ecf@scott-law-group.com
- M. REED MERCADO rmercado@sheppardmullin.com
- DAVID B MILLS davidbmills@comcast.net, davidbmills@cs.com
- JEFFREY C MISLEY jeffm@sussmanshank.com, ecf.jeffrey.misley@sussmanshank.com
- JOHNSTON A MITCHELL johnstonlaw@comcast.net, coers@comcast.net;emenze@comcast.net
- WILSON C MUHLHEIM mkindred@luvaascobb.com;scooke@luvaascobb.com
- PETER C McKITTRICK pmckittrick@ml-llp.com, ecf@ml-llp.com
- EVAN H. NORDBY nordby.evan@dol.gov
- JOSHUA BYRON NORTON joshua.norton@kyl.com
- THOMAS M ORR torr@eugene-law.com, lmiller@eugene-law.com
- R SCOTT PALMER rspalmer@wlrlaw.com, lolson@wlrlaw.com
- CHRISTOPHER L PARNELL cparnell@dunncarney.com, taichele@dunncarney.com
- TERESA H PEARSON teresa.pearson@millernash.com, lisa.conrad@millernash.com;brenda.hale@millernash.com
- TYLER CASE PEPPLE tcp@dvclaw.com
- DAVID L POLLACK pollack@ballardspahr.com
- FRANK C ROTE frank.rote@southernoregonlawyer.com
- RECOVERY MANAGEMENT SYSTEMS CORPORATION claims@recoverycorp.com
- TARA J SCHLEICHER tschleicher@fwwlaw.com, dfallon@fwwlaw.com;nlyman@fwwlaw.com
- AVA L SCHOEN ava.schoen@tonkon.com, nancy.kennedy@tonkon.com
- LOREN S SCOTT ecf@scott-law-group.com
- ALAN G SELIGSON aseligson@scslaw.org, assistant@scslaw.org
- TROY SEXTON tsexton@portlaw.com, nhenderson@portlaw.com,csturgeon@portlaw.com,mmyers@portlaw.com
- DONALD R SLAYTON dslayton@scslaw.org, michelle@scslaw.org
- RENEE STARR renee@rstarrlaw.com
- JERRY N STEHLIK jstehlik@bsss-law.com
- PATRICK L STEVENS pstevens@eugene-law.com, lmiller@eugene-law.com,ahorrigan@eugenelaw.com
- MICHAEL R. STEWART michael.stewart@faegrebd.com
- THOMAS W STILLEY tom@sussmanshank.com, janine@sussmanshank.com, ecf.thomas.stilley@sussmanshank.com
- BRYCE A. SUZUKI bryce.suzuki@bryancave.com, sally.erwin@bryancave.com
- ANDREW MICHAEL THAU at@southpawasset.com
- STEPHEN T TWEET beth@shermlaw.com, darlene@shermlaw.com
- US Trustee, Eugene USTPRegion18.EG.ECF@usdoj.gov
- LAURA J WALKER lwalker@cablehuston.com, cdaugherty@cablehuston.com
- PAMELA K. WEBSTER pwebster@buchalter.com, smartin@buchalter.com

## NON-ECF PARTICIPANTS

**SECURED CREDITORS**

Banc of America
 Leasing & Capital LLC
2059 Northlake Parkway 4 South
Tucker, GA 30084

Dell Financial Services LLC
Mail Stop-PS2DF-23
One Dell Way
Round Rock, TX 78682

James D. and Debra A. Gillespie
c/o Michelle Bassi
Thorp Purdy et al
1011 Harlow Rd., #300
Springfield, OR 97477

Greatway Properties LLC
Attn: Floyd Hayner, Mgr.
722 Pennsylvania Ave.
Medford, OR 97501-2553

Green & Frahm
941 Delsie Dr.
Grants Pass, OR 97527

Protective Life
2801 Highway 280 South
Birmingham, AL 35202

LaSalle Natl Bank, Trustees for Holders
Protective Comm Mtg FASIT Master Trust
c/o Protective Life Ins-Invest. Dept.
POB 2606
Birmingham, AL 35202

**OTHER**

Jenette A. Barrow-Bosshart
Otterbourg P.C.
230 Park Avenue
New York, NY 10169-0075

Dustin P. Branch
Katten Muchen Rosenman LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012

**REQUESTS FOR NOTICE**

James C. Porter, Creditor
1005 Fish Hatchery Road
Grants Pass, OR 97527